IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY DELLAQUILA, ET AL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE READING CO., ET AL | : | NO.  89-8879 |

O R D E R

AND NOW, this  6th day of June, 2006 it is

ORDERED that the above-captioned case is reopened, and it is

FURTHER ORDERED that this action is closed for statistical purposes and the matter is placed in the Civil Suspense File pending conclusion of related bankruptcy proceedings or submission of any other claims that may require disposition by the Court involving a party to this action, and it is

FURTHER ORDERED that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation, and it is

FURTHER ORDERED that all documents shall be submitted to the Clerk of Court pursuant to Local Rules of Civil Procedure 5.1.2, 5.1.3 and 5.1.4; all attorneys who file documents pursuant to Local Rule of Civil Procedure 5.1.4 shall apply for a signature code by completing and filing with the Clerk of Court a Validation of Signature Form, a copy of which is attached hereto; an attorney's signature code shall be entered on the signature line of the courtesy copy of the document for the purpose of signature validation pursuant to Federal Rule of Civil Procedure 11.

FOR THE COURT:

HARVEY BARTLE III
Chief Judge

ATTEST:

*Michael E. Kunz*

_____
Michael E. Kunz
Clerk of Court

Date mailed: _____
See attached service list for counsel.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**OFFICE OF THE CLERK OF COURT**

Rule 5.1.4 of the Local Rules of Civil Procedure
Governing the Format of Documents in Electronic Form

**Validation of Signature Form**

Pursuant to Rule 5.1.4, *Format of Documents in Electronic Form*, all attorneys who are not Electronic Case Filing ("ECF") Users, as defined in the *Procedural Order on Electronic Case Filing* referenced in Rule 5.1.2 of the Local Rules of Civil Procedure, are required to complete this *Validation of Signature* form validating his or her signature for submission of all filings (subsequent to the complaint) on disk in portable document format (PDF), so that the filings may be entered into the District Court's ECF system. The document on disk must be accompanied by a courtesy copy of the document in paper format for use by the court. Attorneys who complete this form will receive a signature code which must be used by the attorney on the signature line of all courtesy copies submitted with a disk. The document as submitted on the disk will constitute the original document under Section (b) of Local Civil Rule 5.1.4.
**(Please Print or Type)**

First Name: _____   Middle Initial/Name: _____

Last Name: _____   Generation (i.e., Sr., Jr.) _____

Firm: _____   Bar Id No. and State: _____

Address: _____

Address: _____

City: _____   State: _____   Zip Code _____

Telephone No: (___) _____   FAX No: (___) _____

E-mail Address: _____

Are you admitted to practice in the Eastern District of Pennsylvania?
☐ Yes           ☐ No
If yes, are you a member in good standing?
☐ Yes           ☐ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?
☐ Yes           ☐ No

Are you registered as an ECF Filing User in the Eastern District of Pennsylvania?

☐ Yes ☐ No

If no, would you like to also register as an ECF Filing User in the Eastern District of Pennsylvania?
☐ Yes ☐ No

***By submitting this registration form, the undersigned agrees/consents to the following:***

1. I have read and understood the provisions of Rule 5.1.4 of the Local Rules of Civil Procedure, *Format of Documents in Electronic Format*, and the court's *Procedural Order Governing the Format of Documents in Electronic Form*, and I agree to abide by all provisions set forth therein.

2. I agree that this form constitutes my signature for all filings (subsequent to the complaint) which must be submitted on disk in portable document format (PDF), as required by Section (b) of Rule 5.1.4, *Format of Documents in Electronic Form.* I understand that I will be provided with a signature code which I must use on the signature line of all courtesy copies submitted with a disk   I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, and I agree that my signature code used on the signature line of all courtesy copies submitted with a disk will serve as my signature for purposes of Rule 11.  I further understand that the document as submitted on the disk will constitute the original document under Section (b) of Local Civil Rule 5.1.4.

3. I understand and agree that service of process will be made in accordance with those provisions set forth in Rule 5 of the Federal Rules of Civil Procedure.

*I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.*

| Signature | Date |
|---|---|

Please return completed form by U.S. Mail to:  Michael E. Kunz
U.S. District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797