## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY and EMILY DELLAQUILA     :     CIVIL ACTION

       v.        :

       :     NO. MDL 875

ATLAS TURNER, INC., et al.     :

(Transferor Docket No. 89-8879,     :

E.D. Pa)     :

### STIPULATION TO DISCONTINUE

It is hereby stipulated between undersigned counsel that the above matter shall be discontinued, with prejudice, as to defendant Atlas Turner, Inc. only.

BROOKMAN, ROSENBERG, BROWN &
SANDLER

LAURENCE H. BROWN
One Penn Square West,
17th Floor
30 South Fifteenth Street
Philadelphia, PA 19102
Attorney for Plaintiff

GOLDFEIN & JOSEPH

JANET E. GOLUP
1600 Market Street
33rd Floor
Philadelphia, PA 19103
Attorney for Defendant
Atlas Turner, Inc.

**APPROVED AND SO ORDERED** this 20 day of ___May___,
2008.9

_____
**The Honorable Eduardo C. Robreno**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANTHONY and EMILY DELLAQUILA    :    CIVIL ACTION
   :
      v.    :
   :     NO. MDL 875
ATLAS TURNER, INC., et al.    :
(Transferor Docket No. 89-8879,    :
E.D. Pa)    :

<u>CERTIFICATE OF SERVICE</u>

I, *Janet E. Golup, Esquire*, hereby certify that a true and

correct copy of the foregoing Stipulation to Dismiss in the

above referenced matter, was served upon Plaintiff's counsel,

list below, via regular mail on _____, 2008.

Laurence H. Brown, Esquire
One Penn Square West, 17th Floor
30 South Fifteenth Street
Philadelphia, PA 19102

GOLDFEIN & JOSEPH

By: _____
Janet E. Golup, Esquire
GOLDFEIN & JOSEPH
1600 Market Street, 33rd Floor
Philadelphia, PA 19103
Ph. 215-979-8200
Fx. 215-979-8201
jgolup@goldfeinlaw.com