IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | : |
| CERTAIN PLAINTIFFS | : Consolidated Under |
| v. | : MDL DOCKET NO. 875 |
| CERTAIN DEFENDANTS | : |

**O R D E R**

**RULE TO SHOW CAUSE HEARING AND/OR STATUS AND SCHEDULING CONFERENCE FOR CASES ORIGINALLY FILED IN THE EASTERN DISTRICT OF PENNSYLVANIA**

**AND NOW**, this **21st** day of **July 2009**, it is hereby **ORDERED** that a rule to show cause hearing and/or a status and scheduling conference will be held in the captioned cases[1] on **Wednesday, August 26, 2009** at **9:00 am** in Courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Prior to the conference, counsel shall review and ascertain the status of each case. Plaintiff's counsel in each case must be prepared to state why the case should not be dismissed for lack of prosecution.

It is further **ORDERED** that failure to appear at the hearing and/or conference shall result in the dismissal of the case.

---

[1] See Exhibit "A", attached, for listing of individual cases. The cases will also be listed on the Court's MDL 875 website, available at www.paed.uscourts.gov/mdl975.asp.

It is further **ORDERED** that counsel for each plaintiff appearing at the conference shall be prepared to provide the following information to the court:

a.) Each defendant with whom plaintiff has achieved resolution of his or her claim.

b.) Each defendant that plaintiff now desires to dismiss from the action.

c.) Each defendant that is currently in bankruptcy with a claim pending.

d.) Each unsettled defendant not in bankruptcy ("unsettled defendants").

It is further **ORDERED** that, as to all unsettled defendants, counsel for the plaintiff and defendant in each case shall be prepared to report to the court[2]:

a.) Status of compliance with Administrative Orders no. 12, 12 as amended, and 14.

b.) Any outstanding discovery.

c.) Any discovery that is still needed and a timetable for its completion.

d.) Whether the plaintiff has obtained a medical diagnosing report or opinion upon which the plaintiff now relies for prosecuting his or her claim, if so, counsel shall provide

---

[2] A written report for submission to the court is not necessary, however, counsel must be prepared to provide this information to the court promptly when the case is called.

the name and address of the physician or medical provider who has supplied the diagnosing report or opinion.

e.) Any motions pending.

f.) Readiness for trial and a proposed trial date.

It is further **ORDERED** that, prior to the hearing, Plaintiffs' counsel may submit a letter to the court with a list of cases which may be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. The letter should include the E.D. Pa case number, the name of the plaintiff(s), and whether the case should be dismissed with prejudice or dismissed as to the viable defendants and moved to the bankruptcy only docket. Those cases will be removed from the list, and appropriate orders will be entered.

It is further **ORDERED** that, it appearing that the attached cases should be transferred from the civil suspense file, the Clerk of the Court shall transfer the listed cases to the active docket for final disposition.

**AND IT IS SO ORDERED**

**EDUARDO C. ROBRENO, J.**

# EXHIBIT "A"

| E.D. PA Case Number | Plaintiff Name | Plaintiff's Counsel |
|---|---|---|
| 2:89-cv-07173-JG | Helen Wascavage | SCHWARTZ, JEFFREY |
| 2:89-cv-07174-JG | George E. Reifsnyder | SCHWARTZ, JEFFREY |
| 2:89-cv-07175-JG | David C. Rudy | SCHWARTZ, JEFFREY |
| 2:89-cv-07176-JG | Curtis T. Seyler | SCHWARTZ, JEFFREY |
| 2:89-cv-07177-JG | Alfred A. Wentzel | SCHWARTZ, JEFFREY |
| 2:89-cv-07178-JG | Charles G. Schmehl | SCHWARTZ, JEFFREY |
| 2:89-cv-07179-JG | Carolyn Shimp | SCHWARTZ, JEFFREY |
| 2:89-cv-07180-JG | Erma A. Phillips | SCHWARTZ, JEFFREY |
| 2:89-cv-07181-JG | Dorothy D. Wounderly | SCHWARTZ, JEFFREY |
| 2:89-cv-07182-JG | Alice M. Starr | SCHWARTZ, JEFFREY |
| 2:89-cv-07183-JG | Donald Thompson Weiser | SCHWARTZ, JEFFREY |
| 2:89-cv-07184-JG | Anna V. Sheetz | ROTHENBERG, ALLEN |
| 2:89-cv-07185-JG | Joan P. Snook | SCHWARTZ, JEFFREY |
| 2:89-cv-07186-JG | Michael F. Solomon | SCHWARTZ, JEFFREY |
| 2:89-cv-07187-JG | Orville L. Stoyer | SCHWARTZ, JEFFREY |
| 2:89-cv-07188-JG | Ruth D. Sabol | SCHWARTZ, JEFFREY |
| 2:89-cv-07189-JG | Anna E. Terleckas | SCHWARTZ, JEFFREY |
| 2:89-cv-07200-JG | Katherine Costantini | HAFT, LARRY |
| 2:89-cv-07205-JG | Dolores Howlett | LONG, JAMES |
| 2:89-cv-07215-JG | Anthony Enos | BROWN, LAURENCE |
| 2:89-cv-07216-JG | John P. Nickels | POWELL, KENNETH |
| 2:89-cv-07226-JG | Mary M. Rickert | SCHWARTZ, JEFFREY |
| 2:89-cv-07227-JG | Edward J. Davies | SCHWARTZ, JEFFREY |
| 2:89-cv-07228-JG | James N. Shaw | SCHWARTZ, JEFFREY |
| 2:89-cv-07229-JG | William F. Curtis | SCHWARTZ, JEFFREY |
| 2:89-cv-07230-JG | Gloria Spotts | SCHWARTZ, JEFFREY |
| 2:89-cv-07231-JG | Cora E. Wenger | SCHWARTZ, JEFFREY |
| 2:89-cv-07232-JG | Josephine Yurkanin | SCHWARTZ, JEFFREY |
| 2:89-cv-07233-JG | Eugene S. Porambo | SCHWARTZ, JEFFREY |
| 2:89-cv-07234-JG | David G. Simmons | ROTHENBERG, ALLEN |
| 2:89-cv-07235-JG | Patricia A. Rahn | SCHWARTZ, JEFFREY |
| 2:89-cv-07236-JG | Wilmer C. Weiss | SCHWARTZ, JEFFREY |
| 2:89-cv-07237-JG | Alma Sandridge | KLEIN, CHARLES |
| 2:89-cv-07238-JG | George H. (sr) Weidner | SCHWARTZ, JEFFREY |
| 2:89-cv-07239-JG | John E. Wasura | KLEIN, CHARLES |
| 2:89-cv-07240-JG | Warne F. Symons | SCHWARTZ, JEFFREY |
| 2:89-cv-07241-JG | Barbara Spitler | SCHWARTZ, JEFFREY |
| 2:89-cv-07242-JG | ALBERTA SLATER | SCHWARTZ, JEFFREY |
| 2:89-cv-07312-JG | Dorothy Thomas | SHEIN, JOSEPH |
| 2:89-cv-07324-JG | Irene Kavcsak | LONG, JAMES |
| 2:89-cv-07325-JG | Elizabeth Green | LONG, JAMES |
| 2:89-cv-07326-JG | ANNA MAE VOLKMAN | LONG, JAMES |
| 2:89-cv-07328-JG | Harriett Finch | WEINGARTEN, MARC |
| 2:89-cv-07329-JG | Dorothy Kendrick | WEINGARTEN, MARC |
| 2:89-cv-07330-JG | Carmella Quartullo | WEINGARTEN, MARC |
| 2:89-cv-07336-JG | Bianca Kerr | HANNAWAY, E. |
| 2:89-cv-07337-JG | Dolores Deeney | BROWN, LAURENCE |
| 2:89-cv-07338-JG | WALTER LEE | SCHWARTZ, RICHARD |

| | | |
|---|---|---|
| 2:89-cv-07396-JG | Frank M. Davis | PERLBERGER, NORMAN |
| 2:89-cv-07400-JG | Opelene L. Davis | KOPIL, THOMAS |
| 2:89-cv-07419-JG | Elizabeth Trachuk | COHEN, MITCHELL |
| 2:89-cv-07441-JG | Carmella Roadarmel | BROWN, LAURENCE |
| 2:89-cv-07442-JG | Robert F. Karpowicz | BROWN, LAURENCE |
| 2:89-cv-07443-JG | Brian Shaw | BROWN, LAURENCE |
| 2:89-cv-07445-JG | Annie Thomas | LEH, MICHAEL |
| 2:89-cv-07457-JG | Dorothy Baldwin | PERLBERGER, NORMAN |
| 2:89-cv-07465-JG | Joseph Miller | SHEIN, JOSEPH |
| 2:89-cv-07466-JG | Beatrice Pierce | SHEIN, JOSEPH |
| 2:89-cv-07504-JG | Philip Camilari | LONG, JAMES |
| 2:89-cv-07505-JG | John Seitz | LONG, JAMES |
| 2:89-cv-07510-JG | Helen Patton | MURPHY, ROBERT |
| 2:89-cv-07511-JG | Joseph Thibeault | MURPHY, ROBERT |
| 2:89-cv-07512-JG | Anthony Marra | MURPHY, ROBERT |
| 2:89-cv-07528-JG | Carl Giles | MARSHALL, DONALD |
| 2:89-cv-07545-JG | Eleanor Wick | SHEIN, JOSEPH |
| 2:89-cv-07563-JG | ANITA M. JONES | MARSHALL, DONALD |
| 2:89-cv-07567-JG | Morton Argoe | BROWN, LAURENCE |
| 2:89-cv-07568-JG | Caren C. Vestal | PERLBERGER, NORMAN |
| 2:89-cv-07571-JG | Susan S. Kula | SCHWARTZ, JEFFREY |
| 2:89-cv-07593-JG | Catherine Krempa | FORCENO, RAYMOND |
| 2:89-cv-07594-JG | Eleanor Kojtek | FORCENO, RAYMOND |
| 2:89-cv-07595-JG | George H. Koerner | FORCENO, RAYMOND |
| 2:89-cv-07596-JG | Patrick J. Gilvary | FORCENO, RAYMOND |
| 2:89-cv-07597-JG | Dorothy Gerber | FORCENO, RAYMOND |
| 2:89-cv-07598-JG | Arnold W. Embleton | FORCENO, RAYMOND |
| 2:89-cv-07599-JG | Betty Mae Cook | FORCENO, RAYMOND |
| 2:89-cv-07600-JG | Kathleen Cavan | FORCENO, RAYMOND |
| 2:89-cv-07601-JG | JOSEPH E. GURZENDA | PERLBERGER, NORMAN |
| 2:89-cv-07602-JG | John J. Cadden | FORCENO, RAYMOND |
| 2:89-cv-07603-JG | Anna Byers | FORCENO, RAYMOND |
| 2:89-cv-07604-JG | Charlotte Kochersperger | PERLBERGER, NORMAN |
| 2:89-cv-07621-JG | JOAN WELBY | FORCENO, RAYMOND |
| 2:89-cv-07622-JG | Casimer P. Wajda | FORCENO, RAYMOND |
| 2:89-cv-07623-JG | Melio Viti | FORCENO, RAYMOND |
| 2:89-cv-07624-JG | Robert W. Tomkins | FORCENO, RAYMOND |
| 2:89-cv-07625-JG | Ann Tighe | FORCENO, RAYMOND |
| 2:89-cv-07626-JG | ALBERT M. THOMAS | FORCENO, RAYMOND |
| 2:89-cv-07627-JG | Joseph Shumoski | FORCENO, RAYMOND |
| 2:89-cv-07628-JG | Joseph T. Scott | FORCENO, RAYMOND |
| 2:89-cv-07629-JG | Helen Rozelle | FORCENO, RAYMOND |
| 2:89-cv-07630-JG | Kathryne Reese | FORCENO, RAYMOND |
| 2:89-cv-07631-JG | Paula Pfeiffer | FORCENO, RAYMOND |
| 2:89-cv-07632-JG | Edith O'Malley | FORCENO, RAYMOND |
| 2:89-cv-07633-JG | Grace Ochreiter | FORCENO, RAYMOND |
| 2:89-cv-07634-JG | Doris Moughan | FORCENO, RAYMOND |
| 2:89-cv-07635-JG | Carl E. (sr) Lambert | FORCENO, RAYMOND |
| 2:89-cv-07637-JG | Dorothy M. Osborne | SCHWARTZ, RICHARD |
| 2:89-cv-07656-JG | William Geigle | BROWN, LAURENCE |

| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:89-cv-07657-JG | Edna Baker | BROWN, LAURENCE |
| 2:89-cv-07658-JG | Stanley Barkley | BROWN, LAURENCE |
| 2:89-cv-07660-JG | Domenick R. Massei | LEVIN, NELSON |
| 2:89-cv-07672-JG | Barbara Fortin | PERLBERGER, NORMAN |
| 2:89-cv-07696-JG | Sheldon T. Frary | BROWN, LAURENCE |
| 2:89-cv-07697-JG | Emily J. Still | BROWN, LAURENCE |
| 2:89-cv-07700-JG | James E. Rollins | MARSHALL, DONALD |
| 2:89-cv-07703-JG | Albert Sanderlin | WILSON, STEPHEN |
| 2:89-cv-07709-JG | Andrew S. Fuller | SHEIN, JOSEPH |
| 2:89-cv-07717-JG | Emma J. Ashford | PERLBERGER, NORMAN |
| 2:89-cv-07720-JG | Lana Cogan | FORCENO, RAYMOND |
| 2:89-cv-07721-JG | Carolyn Coleman | FORCENO, RAYMOND |
| 2:89-cv-07722-JG | Mary Dinicola | FORCENO, RAYMOND |
| 2:89-cv-07723-JG | Charles C. Galloway | FORCENO, RAYMOND |
| 2:89-cv-07724-JG | Betty Kissell | FORCENO, RAYMOND |
| 2:89-cv-07725-JG | Carol Myers | FORCENO, RAYMOND |
| 2:89-cv-07729-JG | PATRICIA WEISENSEE | COHAN, LAWRENCE |
| 2:89-cv-07742-JG | Margaret M. Rieger | SHEIN, JOSEPH |
| 2:89-cv-07746-JG | Arvilla Bankert | FORCENO, RAYMOND |
| 2:89-cv-07747-JG | William E. Benner | FORCENO, RAYMOND |
| 2:89-cv-07748-JG | Harris E. Bowser | FORCENO, RAYMOND |
| 2:89-cv-07749-JG | Josephine Caum | FORCENO, RAYMOND |
| 2:89-cv-07750-JG | Betty Mae Pike | FORCENO, RAYMOND |
| 2:89-cv-07751-JG | Floyd K. Clark | FORCENO, RAYMOND |
| 2:89-cv-07752-JG | Jennie Pulcinello | FORCENO, RAYMOND |
| 2:89-cv-07753-JG | Betty Quirin | FORCENO, RAYMOND |
| 2:89-cv-07754-JG | Charles C. Rabold | FORCENO, RAYMOND |
| 2:89-cv-07755-JG | Julia Stoltz | FORCENO, RAYMOND |
| 2:89-cv-07756-JG | Marcus M. Tully | FORCENO, RAYMOND |
| 2:89-cv-07775-JG | CYRIL BORRETSKY | KNIGHT, DEBORAH |
| 2:89-cv-07777-JG | Shirley Grown | BROWN, LAURENCE |
| 2:89-cv-07778-JG | Leon Szarkowski | GORDON, ROBERT |
| 2:89-cv-07784-JG | Charles M. King | HAFT, LARRY |
| 2:89-cv-07786-JG | Gerald W. Hasenauer | PERLBERGER, NORMAN |
| 2:89-cv-07788-JG | Elizabeth J. Matthews | PERLBERGER, NORMAN |
| 2:89-cv-07789-JG | Mary Louise Thorick Thorick | PERLBERGER, NORMAN |
| 2:89-cv-07790-JG | Barbara A. Glanton | PERLBERGER, NORMAN |
| 2:89-cv-07804-JG | James Williams | SCHWARTZ, RICHARD |
| 2:89-cv-07805-JG | Harrison Davenport | SCHWARTZ, RICHARD |
| 2:89-cv-07806-JG | Anthony Dabella | SCHWARTZ, RICHARD |
| 2:89-cv-07807-JG | Frank Sweeney | COHAN, LAWRENCE |
| 2:89-cv-07811-JG | LOUIS L. SARAULLO | HANES, D. |
| 2:89-cv-07829-JG | Annette E. Brown | MARSHALL, DONALD |
| 2:89-cv-07855-JG | John Finnerty | BROWN, LAURENCE |
| 2:89-cv-07895-JG | Bert Lampe | COHEN, MICHAEL |
| 2:89-cv-07897-JG | John Harrison | WILSON, STEPHEN |
| 2:89-cv-07898-JG | David H. Ennis | SHEIN, JOSEPH |
| 2:89-cv-07903-JG | George Ivy | FORCENO, RAYMOND |
| 2:89-cv-07904-JG | Anthony J. Izzo | FORCENO, RAYMOND |
| 2:89-cv-07905-JG | Burval J. Jarman | FORCENO, RAYMOND |
| 2:89-cv-07906-JG | EMMA JARMAN | FORCENO, RAYMOND |

| | | |
|---|---|---|
| 2:89-cv-07907-JG | Dolores Klosowski | FORCENO, RAYMOND |
| 2:89-cv-07908-JG | Charles Kowalski | FORCENO, RAYMOND |
| 2:89-cv-07909-JG | Suzanne Lane | FORCENO, RAYMOND |
| 2:89-cv-07910-JG | Beatrice Kind | FORCENO, RAYMOND |
| 2:89-cv-07911-JG | Eva E. Lazartic | FORCENO, RAYMOND |
| 2:89-cv-07912-JG | Jennie Lloyd | FORCENO, RAYMOND |
| 2:89-cv-07913-JG | John Mulrine | FORCENO, RAYMOND |
| 2:89-cv-07914-JG | Anthony Miele | FORCENO, RAYMOND |
| 2:89-cv-07915-JG | Austin W. (jr) Nagle | FORCENO, RAYMOND |
| 2:89-cv-07916-JG | John F. Myers | FORCENO, RAYMOND |
| 2:89-cv-07917-JG | Shirley Nolan | FORCENO, RAYMOND |
| 2:89-cv-07925-JG | Darious Carpenter | LEVIN, NELSON |
| 2:89-cv-07926-JG | Robert Ingram | LEVIN, NELSON |
| 2:89-cv-07927-JG | William Dow | SCHWARTZ, RICHARD |
| 2:89-cv-07928-JG | John Chambless | SCHWARTZ, RICHARD |
| 2:89-cv-07929-JG | Earl Griffin | BROWN, LAURENCE |
| 2:89-cv-07930-JG | Donald L. Hilman | BROWN, LAURENCE |
| 2:89-cv-07933-JG | Eugene Borofsky | LEH, MICHAEL |
| 2:89-cv-07959-JG | Walter Andress | FORCENO, RAYMOND |
| 2:89-cv-07960-JG | Angelo Bordonaro | FORCENO, RAYMOND |
| 2:89-cv-07961-JG | Mary Ann Damiani | FORCENO, RAYMOND |
| 2:89-cv-07962-JG | Catherine Connell | FORCENO, RAYMOND |
| 2:89-cv-07963-JG | Donald Lavecchia | FORCENO, RAYMOND |
| 2:89-cv-07964-JG | Elizabeth Phillips | FORCENO, RAYMOND |
| 2:89-cv-07966-JG | DOLORES PYLE | FORCENO, RAYMOND |
| 2:89-cv-07967-JG | Joseph E. Scatasti | FORCENO, RAYMOND |
| 2:89-cv-07968-JG | Charles A. Sygowski | FORCENO, RAYMOND |
| 2:89-cv-07969-JG | James Dezzi | FORCENO, RAYMOND |
| 2:89-cv-07970-JG | MARY S. ROMANO | FORCENO, RAYMOND |
| 2:89-cv-07971-JG | Dorothy Dick | FORCENO, RAYMOND |
| 2:89-cv-07972-JG | Anne C. Harvey | FORCENO, RAYMOND |
| 2:89-cv-07973-JG | Charles I. Honey | FORCENO, RAYMOND |
| 2:89-cv-07974-JG | Margaret Hrabelski | FORCENO, RAYMOND |
| 2:89-cv-07977-JG | Michael Gabaly | LONG, JAMES |
| 2:89-cv-07984-JG | Dorothy Pettinato | BROWN, LAURENCE |
| 2:89-cv-07987-JG | Eugene Smith | BROWN, LAURENCE |
| 2:89-cv-08003-JG | John J. Merlini | FORCENO, RAYMOND |
| 2:89-cv-08004-JG | Rudolph L. Masci | FORCENO, RAYMOND |
| 2:89-cv-08005-JG | John R. McElroy | FORCENO, RAYMOND |
| 2:89-cv-08006-JG | Jennie Maisano | FORCENO, RAYMOND |
| 2:89-cv-08007-JG | Helen Szotkiewicz | FORCENO, RAYMOND |
| 2:89-cv-08008-JG | Floyd Thomas | FORCENO, RAYMOND |
| 2:89-cv-08009-JG | Jane Tussey | FORCENO, RAYMOND |
| 2:89-cv-08010-JG | Edward (jr) Young | FORCENO, RAYMOND |
| 2:89-cv-08011-JG | Ernest L. Vietri | FORCENO, RAYMOND |
| 2:89-cv-08012-JG | Albert Verderamo | FORCENO, RAYMOND |
| 2:89-cv-08013-JG | Albert Antonucci | MYERS, RICHARD |
| 2:89-cv-08014-JG | Joseph E. Cascio | PAUL, ROBERT |
| 2:89-cv-08015-JG | Matthew Remolde | PAUL, ROBERT |
| 2:89-cv-08016-JG | JOSEPH H. SUZENSKI | PAUL, ROBERT |

| | | |
|---|---|---|
| 2:89-cv-08017-JG | Joseph J. (sr) Juliano | PAUL, ROBERT |
| 2:89-cv-08018-JG | Anthony Barbuto | PAUL, ROBERT |
| 2:89-cv-08024-JG | Dolores Gray | LONG, JAMES |
| 2:89-cv-08025-JG | Judy Mumma | GORDON, ROBERT |
| 2:89-cv-08037-JG | DORTHEA DARAIO | PITKOW, HAL |
| 2:89-cv-08040-JG | Audrey Needles | SHEIN, BENJAMIN |
| 2:89-cv-08048-JG | Donald Robinson | FORCENO, RAYMOND |
| 2:89-cv-08050-JG | John Sabo | HAFT, LARRY |
| 2:89-cv-08053-JG | Catherine Elliott | PAUL, ROBERT |
| 2:89-cv-08055-JG | JOHN H. THEUER | SHEIN, BENJAMIN |
| 2:89-cv-08073-JG | Coldie Marder | LEH, MICHAEL |
| 2:89-cv-08086-JG | Walter Aiken | SHEIN, JOSEPH |
| 2:89-cv-08100-JG | Mabel Young | BROWN, LAURENCE |
| 2:89-cv-08101-JG | Anne Golden | CHILDS, DANIEL |
| 2:89-cv-08106-JG | Judith Tarr | BROWN, LAURENCE |
| 2:89-cv-08107-JG | Consuelo Coppola | BROWN, LAURENCE |
| 2:89-cv-08114-JG | Florence Daniels | KRISTAL, JERRY |
| 2:89-cv-08134-JG | David Perry | BALEFSKY, LEE |
| 2:89-cv-08135-JG | Jacques Dessender | LONG, JAMES |
| 2:89-cv-08143-JG | Marie Patricia Dinunzio | CHILDS, DANIEL |
| 2:89-cv-08192-JG | Elizabeth S. Keffer | SCHWARTZ, JEFFREY |
| 2:89-cv-08193-JG | Casimir E. Lubas | KLEIN, CHARLES |
| 2:89-cv-08195-JG | John J. Molets | SCHWARTZ, JEFFREY |
| 2:89-cv-08197-JG | Frank J. Limpis | SCHWARTZ, JEFFREY |
| 2:89-cv-08199-JG | Nellie Geary | ROTHENBERG, ALLEN |
| 2:89-cv-08201-JG | Earl S. Packard | SCHWARTZ, JEFFREY |
| 2:89-cv-08202-JG | Helen Bergonia | SCHWARTZ, JEFFREY |
| 2:89-cv-08203-JG | Betty M. Wentzel | SCHWARTZ, JEFFREY |
| 2:89-cv-08205-JG | Joseph V. (sr) Gorka | SCHWARTZ, JEFFREY |
| 2:89-cv-08206-JG | Arlene M. Simmons | KLEIN, CHARLES |
| 2:89-cv-08207-JG | Leroy (jr) Cammauf | KLEIN, CHARLES |
| 2:89-cv-08230-JG | Miriam M. Ditzler | SCHWARTZ, JEFFREY |
| 2:89-cv-08231-JG | Helen L. Bruno | SCHWARTZ, JEFFREY |
| 2:89-cv-08232-JG | GARY R. BRADDOCK | SCHWARTZ, JEFFREY |
| 2:89-cv-08233-EC | Alfred W.B. Singleton | SCHWARTZ, JEFFREY |
| 2:89-cv-08234-RG | George I. Todaro | SCHWARTZ, JEFFREY |
| 2:89-cv-08235-JG | George Trabosh | ROTHENBERG, ALLEN |
| 2:89-cv-08236-JG | Kathryn Weidner | SCHWARTZ, JEFFREY |
| 2:89-cv-08237-JG | Gladys A. Stutzman | SCHWARTZ, JEFFREY |
| 2:89-cv-08239-JG | Bruce B. Mertz | SCHWARTZ, JEFFREY |
| 2:89-cv-08240-JG | Charles W. Yoh | SCHWARTZ, JEFFREY |
| 2:89-cv-08242-JG | Kenneth L. Fick | SCHWARTZ, JEFFREY |
| 2:89-cv-08244-JG | Frank Lis | SCHWARTZ, JEFFREY |
| 2:89-cv-08245-JG | Catharine A. Defazio | SCHWARTZ, JEFFREY |
| 2:89-cv-08246-JG | Charles E. Schaeffer | SCHWARTZ, JEFFREY |
| 2:89-cv-08290-JG | Howard K. (sr) Miller | CHILDS, DANIEL |
| 2:89-cv-08296-JG | Margaret Johnson | PAUL, ROBERT |
| 2:89-cv-08297-JG | Linda Pierce | PAUL, ROBERT |
| 2:89-cv-08298-JG | Hezekiah Cooper | PAUL, ROBERT |
| 2:89-cv-08299-JG | Walter Wright | WILSON, STEPHEN |

| | | |
|---|---|---|
| 2:89-cv-08311-JG | Deborah Warenda | PERLBERGER, NORMAN |
| 2:89-cv-08313-JG | Alvin A. Stainker | SHEIN, JOSEPH |
| 2:89-cv-08340-JG | Gilda E. Lepone | PAUL, ROBERT |
| 2:89-cv-08346-JG | Roberta Bannon | BROWN, LAURENCE |
| 2:89-cv-08347-JG | Eav Berger | BROWN, LAURENCE |
| 2:89-cv-08348-JG | Emil Rach | BROWN, LAURENCE |
| 2:89-cv-08356-JG | Carmela Rossi | SCHWARTZ, JEFFREY |
| 2:89-cv-08358-RK | John Merritt | KLEIN, CHARLES |
| 2:89-cv-08359-JG | Grace A. Miller | KLEIN, CHARLES |
| 2:89-cv-08361-JG | John M. Wahl | SCHWARTZ, JEFFREY |
| 2:89-cv-08362-HB | Linda Lou Duell | SCHWARTZ, JEFFREY |
| 2:89-cv-08364-JG | Mildred M. Stock | SCHWARTZ, JEFFREY |
| 2:89-cv-08365-JG | Annette D. Schaeffer | ROTHENBERG, ALLEN |
| 2:89-cv-08366-JG | Anna Mae Behm | KLEIN, CHARLES |
| 2:89-cv-08367-JG | George H. Bailey | KLEIN, CHARLES |
| 2:89-cv-08369-JG | Betty P. Shirey | KLEIN, CHARLES |
| 2:89-cv-08370-JG | Albert Smith | KLEIN, CHARLES |
| 2:89-cv-08371-JG | Gloria Colon | KLEIN, CHARLES |
| 2:89-cv-08384-JG | Dorothy Howat | BROWN, LAURENCE |
| 2:89-cv-08385-JG | ALBERT FAUERBACH | BROWN, LAURENCE |
| 2:89-cv-08391-JG | Richard Hawkins | CHILDS, DANIEL |
| 2:89-cv-08393-JG | CONSTANCE KMIEC | PERLBERGER, NORMAN |
| 2:89-cv-08398-JG | Edmund Malachowski | PERLBERGER, NORMAN |
| 2:89-cv-08401-JG | Luther Strunk | PERLBERGER, NORMAN |
| 2:89-cv-08402-JG | Joseph Marshalek | PERLBERGER, NORMAN |
| 2:89-cv-08404-JG | Mary Meinhart | KNIGHT, DEBORAH |
| 2:89-cv-08405-JG | ANN LOUISE KAKAREKA | PERLBERGER, NORMAN |
| 2:89-cv-08406-JG | Joseph Yescavage | PERLBERGER, NORMAN |
| 2:89-cv-08410-JG | Jean E. Delsordo | PAUL, ROBERT |
| 2:89-cv-08414-JG | ALOYSIUS HENWOOD | SHEIN, JOSEPH |
| 2:89-cv-08415-EC | Clyde E. Messer | KLEIN, CHARLES |
| 2:89-cv-08416-JG | Christine K. Hums | KLEIN, CHARLES |
| 2:89-cv-08417-JK | Robert J. Eckert | KLEIN, CHARLES |
| 2:89-cv-08418-JG | Arlan L. (jr) Sunday | KLEIN, CHARLES |
| 2:89-cv-08419-JG | Esther M. Woodley | KLEIN, CHARLES |
| 2:89-cv-08420-JG | Janet H. Fisher | KLEIN, CHARLES |
| 2:89-cv-08421-JG | Larry G. Burns | KLEIN, CHARLES |
| 2:89-cv-08422-JG | James R. Hallman | KLEIN, CHARLES |
| 2:89-cv-08423-JG | Clarence Harold Egolf | KLEIN, CHARLES |
| 2:89-cv-08424-JG | Barbara L. Smith | KLEIN, CHARLES |
| 2:89-cv-08425-JG | Steven J. Sheigle | SCHWARTZ, JEFFREY |
| 2:89-cv-08426-JG | Elizabeth L. Defresco | KLEIN, CHARLES |
| 2:89-cv-08427-JG | Robert W. Lanz | KLEIN, CHARLES |
| 2:89-cv-08428-JG | Charles F. Funk | KLEIN, CHARLES |
| 2:89-cv-08434-JG | Charles I. (jr) Hampton | KLEIN, CHARLES |
| 2:89-cv-08435-JG | Ross M. Bromhead | KLEIN, CHARLES |
| 2:89-cv-08436-JG | Dorothy M. Valentine | KLEIN, CHARLES |
| 2:89-cv-08437-JG | Ronald K. May | SCHWARTZ, JEFFREY |
| 2:89-cv-08438-JG | Marie B. Lafferty | KLEIN, CHARLES |
| 2:89-cv-08439-JG | Bette M. Marks | KLEIN, CHARLES |

| Case Number | Plaintiff | Attorney |
|---|---|---|
| 2:89-cv-08447-JG | John E. Kirincic | CHILDS, DANIEL |
| 2:89-cv-08456-JG | Dorothy Pinardo | MURPHY, ROBERT |
| 2:89-cv-08480-JG | Helen Contaldi | HAFT, LARRY |
| 2:89-cv-08481-JG | Loretta Gafgan | PERLBERGER, NORMAN |
| 2:89-cv-08482-JG | Darlene Wobeser | PERLBERGER, NORMAN |
| 2:89-cv-08483-JG | Paul G. Baker | PERLBERGER, NORMAN |
| 2:89-cv-08502-JG | Ernest Fairy | LONG, JAMES |
| 2:89-cv-08503-JG | William Precise | LONG, JAMES |
| 2:89-cv-08508-JG | Raymond Pazdunkiewicz | BROWN, LAURENCE |
| 2:89-cv-08509-JG | Geraldine Scholz | BROWN, LAURENCE |
| 2:89-cv-08519-JG | Marie Sellers | KRISTAL, JERRY |
| 2:89-cv-08520-JG | Edward T. Dawson | KRISTAL, JERRY |
| 2:89-cv-08521-JG | Margot Schwank | KRISTAL, JERRY |
| 2:89-cv-08523-JG | Carol Hearn | KRISTAL, JERRY |
| 2:89-cv-08524-JG | Frances Killoran | KRISTAL, JERRY |
| 2:89-cv-08525-JG | Florence McHugh | KRISTAL, JERRY |
| 2:89-cv-08526-JG | Richard N. Nees | KRISTAL, JERRY |
| 2:89-cv-08527-JG | Louis J. Santoro | KRISTAL, JERRY |
| 2:89-cv-08528-JG | Albert Schulz | KRISTAL, JERRY |
| 2:89-cv-08537-JG | Annie Harrison | MARSHALL, DONALD |
| 2:89-cv-08538-JG | David L. Woodward | MARSHALL, DONALD |
| 2:89-cv-08539-JG | DAVID A. NAGEL | MARSHALL, DONALD |
| 2:89-cv-08547-JG | Elizabeth Kowchik | GORDON, ROBERT |
| 2:89-cv-08548-JG | JOSEPH DOUGHERTY | GORDON, ROBERT |
| 2:89-cv-08549-JG | Bernard Graff | GORDON, ROBERT |
| 2:89-cv-08573-JG | Dolores Bozzuto | POWELL, KENNETH |
| 2:89-cv-08577-JG | Ellen Check | LONG, JAMES |
| 2:89-cv-08598-JG | Andy P. Kosco | PERLBERGER, NORMAN |
| 2:89-cv-08599-JG | MARILYNN E. RENNINGER | LONG, JAMES |
| 2:89-cv-08621-JG | Frances Balboa | PERLBERGER, NORMAN |
| 2:89-cv-08626-JG | Byron Kolberg | PERLBERGER, NORMAN |
| 2:89-cv-08671-JG | Valerie Campbell | SHEIN, JOSEPH |
| 2:89-cv-08675-LR | Anthony Carbonaro | BROWN, LAURENCE |
| 2:89-cv-08676-JG | Helena Rasmussen | BROWN, LAURENCE |
| 2:89-cv-08677-JG | Donald Tucker | BROWN, LAURENCE |
| 2:89-cv-08701-JG | James B. Williams | BROWN, LAURENCE |
| 2:89-cv-08702-JG | Delvin Weaver | BROWN, LAURENCE |
| 2:89-cv-08724-JG | Louis Pasquino | HAFT, LARRY |
| 2:89-cv-08736-JG | Florence K. Townsley | LONG, JAMES |
| 2:89-cv-08755-JG | Dorothy Amos | COHEN, MITCHELL |
| 2:89-cv-08774-JG | Dorthy Phillips | WILSON, STEPHEN |
| 2:89-cv-08781-JG | Audrey Lyall | PERLBERGER, NORMAN |
| 2:89-cv-08782-JG | Andrea J. Marincola | RUBIN, EDWARD |
| 2:89-cv-08791-JG | Hugh J. McCarron | PAUL, ROBERT |
| 2:89-cv-08793-JG | Haywood Evans | PAUL, ROBERT |
| 2:89-cv-08816-JG | Linnea Bramble | PAUL, ROBERT |
| 2:89-cv-08829-JG | Ethel Schmeer | RICE, JOSEPH |
| 2:89-cv-08830-JG | JAMES P. O'DONNELL | PERLBERGER, NORMAN |
| 2:89-cv-08850-JG | Florence Szalay | PERLBERGER, NORMAN |
| 2:89-cv-08863-JG | Belford Kilpatrick | BROWN, LAURENCE |

| Case Number | Name | Attorney |
|---|---|---|
| 2:89-cv-08864-JG | JOSEPH PORRETTA | BROWN, LAURENCE |
| 2:89-cv-08865-JG | SALOME D. PARAMOURE | SCHWARTZ, RICHARD |
| 2:89-cv-08879-JG | Anthony Dellaquila | BROWN, LAURENCE |
| 2:89-cv-08899-JG | Robert H. Fullerton | COHEN, MITCHELL |
| 2:89-cv-08916-JG | Harvey Fedalen | BROWN, LAURENCE |
| 2:89-cv-08917-JG | Michael Corsi | BROWN, LAURENCE |
| 2:89-cv-08918-JG | John Downs | BROWN, LAURENCE |
| 2:89-cv-08927-JG | Dorothy M. Moyer | SCHWARTZ, JEFFREY |
| 2:89-cv-08928-JG | Frank T. Sierzega | SCHWARTZ, JEFFREY |
| 2:89-cv-08929-JG | Joseph E. Kenney | SCHWARTZ, JEFFREY |
| 2:89-cv-08931-JG | John L. Kochel | PERLBERGER, NORMAN |
| 2:89-cv-08932-JG | H. Richard Moore | KLEIN, CHARLES |
| 2:89-cv-08933-JG | Rita German | KLEIN, CHARLES |
| 2:89-cv-08934-JG | Frances L. Miller | KLEIN, CHARLES |
| 2:89-cv-08935-JG | Betty J. Danowski | SCHWARTZ, JEFFREY |
| 2:89-cv-08936-JG | Richard C. Eisenhart | KLEIN, CHARLES |
| 2:89-cv-08937-JG | George J. Lese | KLEIN, CHARLES |
| 2:89-cv-08938-JG | Mary J. Goodwin | SCHWARTZ, JEFFREY |
| 2:89-cv-08939-JG | Harold C. Henry | SCHWARTZ, JEFFREY |
| 2:89-cv-08942-JG | Charles S. (sr) Lessig | KLEIN, CHARLES |
| 2:89-cv-08944-JG | David H. Creasy | KLEIN, CHARLES |
| 2:89-cv-08945-JG | Marie F. Grubb | KLEIN, CHARLES |
| 2:89-cv-08946-JG | Jack Y. Braun | SCHWARTZ, JEFFREY |
| 2:89-cv-08947-JG | Elsie A. Neatock | SCHWARTZ, JEFFREY |
| 2:89-cv-08955-JG | Irene M. Rhoades | KLEIN, CHARLES |
| 2:89-cv-08956-JG | Anne L. Bergey | KLEIN, CHARLES |
| 2:89-cv-08958-JG | Barbara A. Stouch | SCHWARTZ, JEFFREY |
| 2:89-cv-08960-JG | Francis W. Crupi | KLEIN, CHARLES |
| 2:89-cv-08961-JG | Virginia L. Moses | KLEIN, CHARLES |
| 2:89-cv-08963-JG | Anna Smallen | KLEIN, CHARLES |
| 2:89-cv-08964-JG | Irene M. Vapniarek | KLEIN, CHARLES |
| 2:89-cv-08966-JG | James F. Generose | SCHWARTZ, JEFFREY |
| 2:89-cv-08967-JG | David W. Morris | PERLBERGER, NORMAN |
| 2:89-cv-08968-JG | Francis S. Nowoczynski | SCHWARTZ, JEFFREY |
| 2:89-cv-08972-JG | John E. Iezzi | SCHWARTZ, JEFFREY |
| 2:89-cv-08973-JG | John W. Caruso | BROWN, LAURENCE |
| 2:89-cv-08974-JG | Rita Messick | BROWN, LAURENCE |
| 2:89-cv-08983-JG | WILLIAM LOCKETT | BROWN, LAURENCE |
| 2:89-cv-08984-JG | John Magowan | BROWN, LAURENCE |
| 2:89-cv-08989-JG | ROBERT I. SCHICK | LONG, JAMES |
| 2:89-cv-08992-JG | Rita J. Bolinsky | KLEIN, CHARLES |
| 2:89-cv-08993-JG | John J. (jr) Horvat | KLEIN, CHARLES |
| 2:89-cv-08994-JG | John J. Rebilas | SCHWARTZ, JEFFREY |
| 2:89-cv-08995-JG | Frank J. Szell | SCHWARTZ, JEFFREY |
| 2:89-cv-08996-JG | Catherine Wagner | SCHWARTZ, JEFFREY |
| 2:89-cv-08997-JG | George P. Bross | KLEIN, CHARLES |
| 2:89-cv-08998-JG | Angelo C. Romano | KLEIN, CHARLES |
| 2:89-cv-08999-JG | Doris E. Williams | KLEIN, CHARLES |
| 2:89-cv-09000-JG | Anna B. Wilson | KLEIN, CHARLES |
| 2:89-cv-09001-JG | Joseph A. Smallwood | SCHWARTZ, JEFFREY |

| Case Number | Name | Attorney |
|---|---|---|
| 2:89-cv-09041-JG | Anna Robbins | BROWN, LAURENCE |
| 2:89-cv-09042-JG | DANIEL NOLAN | BROWN, LAURENCE |
| 2:89-cv-09043-JG | Barbara Kennedy | BROWN, LAURENCE |
| 2:89-cv-09044-JG | Frank Gambale | BROWN, LAURENCE |
| 2:89-cv-09045-JG | Ivan Andrijiwskyj | BROWN, LAURENCE |
| 2:89-cv-09047-JG | Fannie Randall | KLEIN, CHARLES |
| 2:89-cv-09048-JG | Clara H. Gertzen | KLEIN, CHARLES |
| 2:89-cv-09049-JG | George E. Bitting | SCHWARTZ, JEFFREY |
| 2:89-cv-09050-JG | Chester B. Yeager | SCHWARTZ, JEFFREY |
| 2:89-cv-09051-JG | Alice G. Parastino | SCHWARTZ, JEFFREY |
| 2:89-cv-09052-JG | Edith J. Loose | SCHWARTZ, JEFFREY |
| 2:89-cv-09053-JG | Dominic I. Paolucci | SCHWARTZ, JEFFREY |
| 2:89-cv-09054-JG | Andrew R. Schultz | SCHWARTZ, JEFFREY |
| 2:89-cv-09055-JG | Daisy Harper | SCHWARTZ, JEFFREY |
| 2:89-cv-09056-JG | Elizabeth A. Sarangoulis | SCHWARTZ, JEFFREY |
| 2:89-cv-09057-JG | Dan D. McIntosh | KLEIN, CHARLES |
| 2:89-cv-09058-JG | Theodore E. Schonely | SCHWARTZ, JEFFREY |
| 2:89-cv-09059-JG | Joseph L. Gombar | SCHWARTZ, JEFFREY |
| 2:89-cv-09061-JG | James Donald (jr) Erwin | SCHWARTZ, JEFFREY |
| 2:89-cv-09062-JG | Anthony Mazzochetti | SCHWARTZ, JEFFREY |
| 2:89-cv-09063-JG | Donald (sr) Kinckner | ROTHENBERG, ALLEN |
| 2:89-cv-09064-JG | Mildred J. Rudy | KLEIN, CHARLES |
| 2:89-cv-09065-JG | Geraldine M. Adams | KLEIN, CHARLES |
| 2:89-cv-09066-JG | Anthony A. Orman | KLEIN, CHARLES |
| 2:89-cv-09067-JG | Leonard A. Smith | KLEIN, CHARLES |
| 2:89-cv-09068-JG | Martha T. Roush | SCHWARTZ, JEFFREY |
| 2:89-cv-09069-JG | Andrew (jr) Corley | SCHWARTZ, JEFFREY |
| 2:89-cv-09070-JG | Charles A. Cummins | ROTHENBERG, ALLEN |
| 2:89-cv-09071-JG | Donald A. Buzzerd | SCHWARTZ, JEFFREY |
| 2:89-cv-09072-JG | Herbert Gertzen | SCHWARTZ, JEFFREY |
| 2:89-cv-09073-JG | Ida A. Greer | ROTHENBERG, ALLEN |
| 2:89-cv-09075-JG | Marion Neeld | SCHWARTZ, JEFFREY |
| 2:89-cv-09076-JG | Harry R. Force | KLEIN, CHARLES |
| 2:89-cv-09077-JG | Evelyn Kulp | KLEIN, CHARLES |
| 2:89-cv-09078-JG | Michael J. Tilvickas | KLEIN, CHARLES |
| 2:89-cv-09079-JG | John R. Reber | KLEIN, CHARLES |
| 2:89-cv-09080-JG | Helen E. Sikora | KLEIN, CHARLES |
| 2:89-cv-09081-JG | Edward G. (sr) Sabbi | KLEIN, CHARLES |
| 2:89-cv-09082-JG | Barbara Smith | KLEIN, CHARLES |
| 2:89-cv-09083-JG | Michael Wengryn | ROTHENBERG, ALLEN |
| 2:89-cv-09084-JG | Elizabeth Galasso | PERLBERGER, NORMAN |
| 2:89-cv-09096-JG | Jane C. Gangemi | PERLBERGER, NORMAN |
| 2:89-cv-09097-JG | Carlyn Slivar | BROWN, LAURENCE |
| 2:89-cv-09099-JG | AGNES COOKE | BROWN, LAURENCE |
| 2:89-cv-09171-JG | Jean Snyder | WILSON, STEPHEN |
| 2:89-cv-09172-JG | Walter Schwartz | BALEFSKY, LEE |
| 2:89-cv-09173-JG | Robert Hannah | MCGILL, JOSEPH |
| 2:89-cv-09174-JG | Mary Rimple | LEH, MICHAEL |
| 2:89-cv-09195-JG | Stanley Szwak | COHAN, LAWRENCE |
| 2:89-cv-09196-JG | Vera Pro | PAUL, ROBERT |