IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

ANTHONY DELLAQUILLA

v.

CERTAIN DEFENDANTS

Consolidated Under
MDL DOCKET NO. 875

Civil Action No.
2:89-cv-8879

**O R D E R**

**AND NOW,** this **10th** day of **September, 2009**, it is hereby **ORDERED** that:

1. All discovery must be completed by: **December 9, 2009.**
2. Plaintiff's expert reports must be served by: **January 9, 2010.**
3. Defendant's expert reports must be served by: **February 8, 2010.**
4. Rebuttal expert reports must be served by: **March 10, 2010.**
5. Any dispositive motions must be filed by: **April 9, 2010.**
6. Responses to dispositive motions must be filed by: **May 9, 2010.**
7. Replies to responses to dispositive motions, if any, must be filed by: **May 23, 2010.**
8. A status conference will be held in this case on

Tuesday, June 1 at 9:00 am, Courtroom 11A, 601 Market Street, Philadelphia, PA 19106.

AND IT IS SO ORDERED.

_____
EDUARDO C. ROBRENO, J.