# EXHIBIT A

| DIST. | OFF. | DOCKET YR. NUMBER | | FILING DATE MO. DAY YEAR | | | J | N/S | O | D | R | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 313 | 2 | 89 | 8879 | 12 | 15 | 89 | 4 | 368 | 1 | 2 | 1 | | J JG1340 M | 42029 | P | 89 | 8879 |

| PLAINTIFFS | ARB N | DEFENDANTS |
|---|---|---|
| 2 \| DELLAQUILA, ANTHONY AND DELLAQUILA, EMILY | | ATLAS TURNER, INC. CELOTEX CORPORATION COMBUSTION ENGINEERING CO., INC. EAGLE-PICHER INDUSTRIES, INC. FIBREBOARD CORPORATION FLEXITALLIC GASKET COMPANY FLINTKOTE GAF CORPORATION GARLOCK, INC. GEORGIA-PACIFIC CORPORATION (13) HOPEMAN BROTHERS, INC. * KEENE CORPORATION NATIONAL GYPSUM COMPANY OWENS-CORNING FIBERGLAS CORPORATION (11) OWENS-ILLINOIS, INC. RAYMARK INDUSTRIES, INC. U.S. GYPSUM COMPANY |

**CAUSE**

PRODUCTS LIABILITY-ASBESTOS
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE
IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

**ATTORNEYS**

Laurence H. Brown, Esq.
BROOKMAN, ROSENBERG, BROWN & SANDLER
230 S. Broad Street-15th Floor
Philadelphia, PA  19102

GEORGIA-PACIFIC CORPORATION
BY:  Alan Klein, Esquire (2)
     Leslie M. Thoman, Esquire
     2200 PSFS Bldg.
     12 South 12th St.
     Phila., PA 19107

EAGLE PICHER INDUSTRIES, INC.
BY:  Walter L. McDonough, Esquire (3)
     1700 Land Title Bldg.
     Phila., PA 19110

HOPEMAN BROTHERS, INC.
BY:  Andre' L. Dennis, Esq. (4)
     2600 One Commerce Square
     Phila., PA 19103

THE FLINTKOTE COMPANY
BY:  William A. Jones, Esq. (5)
     Suite 400, 200 Four Falls Corporate Ctr.
     P.O. Box 800
     West Conshohocken, PA 19428-0800

ATLAS TURNER, INC.
BY:  Fredric L. Goldfein, Esq. (6)
     Packard Bldg., 17th floor
     15th & Chestnut St          (17)
     Phila., PA 19102  Janet Golup, Esq.

COMBSUTION ENGINEERING, INC.
BY:  William J. O'Brien, Esq(7) The Bourse
     400 Market St., 12th floor  Bldg,
     Phila., PA 19106      Suite 900 West

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | 3/93 |

UNITED STATES DISTRICT COURT DOCKET

DC-111 Pa.E. (Rev. 4/86)

| DATE 1989 | NR. | C.A. 89-8879 (JG) DELLAQUILA          PROCEEDINGS |
|---|---|---|
| 1 DEC | 15 | Complaint, filed. |
| -- " | 15 | Summons Exit (mailed to counsel on 12/18/89) |
| -- " | 15 | DEMAND FOR JURY TRIAL |
| 1990 | | |
| 2 JAN | 8 | Appearance of Leslie Homan Esquire for Georgia-Pacific Corporation with answer, filed |
| 3 " | 19 | Apperance of Walter L. McDonough, Esquire for Eagle-Picher Industries, Inc. with answer, crossclaims, demand for jury trial, filed. |
| 4 " | 19 | Appearance of Andre' L. Dennis, Esq. for Hopeman Brothers, Inc., with answer, demand for jury trial, filed. |
| 5 " | 24 | Appearance of William A. Jones, Esq. for The Flintkote Company jury trial demanded, filed. |
| 6 " | 24 | Appearance of Fredric L. Goldfein, Esq. for Atlas Turner, Inc. filed. |
| 7 FEB | 08 | Appearance of William J. O'BRien, Esquire for Combustion Engineering, Inc., with answer, jury trial demanded, filed |
| 8 " | 9 | Answer of Owens Corning Fiberglas Corp., filed. |
| 9 " | 13 | Appearance of Fredric L. Goldfein, Esquire for Garlock, Inc., filed. |
| 10 MAR | 26 | Answer of Fibreboard Corporation and Owens-Illinois, Inc., jury trial demanded, filed. |
| 11 APR | 2 | MOTION OF OWENS-CORNING FIBERGLAS CORP., FOR SUMMARY JUDGMENT, MEMO, CERT. OF SERVICE NOTICE OF, FILED. |
| (11) " | 26 | ORDER THAT MOTION OF OWENS CORNING FOR SUMMARY JUDGMENT IS GRANTED AND JUDGMENT IS ENTERED IN FAVOR OF OWENS CORNING FIBERGLAS AND AGAINST PLFF AND ALL OTHER PARTIES, FILED. |
| | | 4-27-90 entered and copies mailed. |
| 12 MAY | 2 | Answer of The Flintkote Company, crossclaims, reply to crossclaims, filed. |
| 13 " | 3 | MOTION OF GEORGIA-PACIFIC CORP. MEMO, CERT. OF SERVICE, FILED. |
| (13) " | 25 | ORDER DTD 5/24/90 THAT GEORGIA PACIFIC CORP.'S MOTION FOR SUMMARY JUDGMENT IS GRANTED, FILED. |
| | | 5/25/90: Entered & Copies Mailed. |
| 14 OCT | 17 | Answer of Flexitallic Inc., GAF Corp., National Gypsum Co., US Gypsum Co., demand for jury trial, filed. |
| 1991 | | |
| 15 JAN | 24 | Withdrawal of appearance of Budd, Larner, Gross, Rosenbaum, Greenberg & Sade and appearance of William J. O'Brien, Esq. for Combustion Engineering Co., Inc, filed. |
| 1992 | | |
| APr | 27 | Stipulation between counsel that Palmer, Beizup & Henderson withdraws its appearance and Marks, Kent & O'Neill enters their appearance for Anchor Packing Company, filed. (90-1101) (deft not a party to case) (error) |
| 1993 | | |
| MAR | 19 | ORDER THAT THE ABOVE ENTITLED CASES ARE DISMISSED WITHOUT PREJUDICE. THE CASES ARE TO REMAIN IN STATUS QUO AND THE STATUTE OF LIMITATIONS IS TOLLED. IT IS FURTHER ORDERED THAT THE PARTIES ARE TO COMPLETE THE SETTLEMENTS AND THE COURT IS TO BE KEPT ADVISED, FILED. (89-0019)                                    CRW |
| | | 3/24/93 ENTERED AND COPIES MAILED. |
| 1995 | | |
| 16 Aug | 29 | CONSENT ORDER THAT MOTION OF ATLAS TURNER, INC. RAISING A QUESTION OF LACK OF IN PERSONAM JURISDICTION IS DENIED, ETC.; ATLAS TURNER MAY FILE ITS RESPONSE TO THE COMPLAINT WITHIN A REASONABLE PERIOD OF TIME FOLLOWING ENTRY OF THIS ORDER, ETC., FILED. |
| | | 8/29/95 entered & copies mailed |
| 17 Sept | 18 | Answer of Atlas Turner, Inc. with defenses, crossclaims and reply to crossclaims, cert. of service, filed. |

SEE COMPUTER FOR FURTHER DOCKET ENTRIES

Laurence H. Brown, Esq
230 S. Broad St., 15th floor
Phila., PA 19102

Robert N. Spinelli, Esq
Christopher N. Santoro, Esq
Suite 2626, One Logan Square
Phila., PA 19103


Alan Klein, Esq
Leslie M. Thoman, Esq
2200 PSFS Bldg.
12 S. 12th St,
Phila., PA 19107

Edward J. Cermanski, Esq
1234 Market St., 18th floor
Phila., PA 19107


Nathan A. Schachtman, Esq
1845 Walnut St., 21st floor
Phila., PA 19103


Walter L. McDonough, Esq
1700 Land Title Bldg
Phila., PA 19110

McCarter & English
1845 Walnut Street
21st Floor
Philadelphia, PA   19103


Andre' L. Dennis, Esq
2600 One Commerce Square
Phila., PA 19103

Wm. C. Skye, Esquire
956 Public Ledger Building
6th & Chestnut Streets
Philadelphia, PA   19106


William A. Jones, Esq
200 Four Falls Corporate Ctr
Suite 400, P.O. Box 800
West Conshohocken, PA 19428-
                          0800

Janet E. Golup, Esq.
Fredric L. Goldfein, Esq
Packard Bldg., 17th floor
15th & Chestnut St.
Phila., PA 19102

William J. O'Brien, Esq.
The Bourse Bldg.
Suite 900 West, 9th Fl.
Phila., PA 19106


William J. O'Brien, Esq
400 Market St., 12th floor
Phila., PA 19106

Daniel J. Ryan, Esq
Walter T. Klekotka, Esq
1515 Locust St.
Phila.,PA 19102-3773


Edward J. Wilbraham, Esq
The Curtis Center
Suite 450
Phila., PA 19106

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF  DELLAQUILA | DEFENDANT  ATLAS TURNER, INC., et al | DOCKET NO. 89-8879 |
|---|---|---|
| | | PAGE ___OF____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |

COUNSEL:

(8)

OWENS CORNING FIBERGLAS CORP.
BY:  Robert N. Spinelli, Esq.
     Suite 2626
     One Logan Square
     Phila., PA 19103
     Christopher N. Santoro, Esq(11)

GARLOCK INC.
BY:  Fredric L. Goldfein, Esq(9)
     Packard Bldg., 17th floor
     Phila., PA 19102


FIBREBOARD CORPORATION
OWENS-ILLINOIS, INC.
BY:  Edward J. Cermanski, Esq(10)
     1234 Market St.,  18th floor
     Phila., PA 19107


OWENS ILLINOIS, INC.
BY:  Nathan A. Schachtman, Esq
     1845 Walnut St., 21st floor
     Phila., PA 19103



FLEXITALLIC GASKET COMPANY
GAF CORPORATION
NATIONAL GYPSUM COMPANY
U.S. GYPSUM COMPANY
BY:  Edward Wilbraham, Esquire (14)
     450 Curtis Center
     Independence Square West
     Philadelphia, PA  19106