# EXHIBIT C

#1142704

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

ANTHONY and EMILY      :    CIVIL ACTION
      DELLAQUILA,         :      ASBESTOS CASE
     Plaintiffs        :
                           :
   vs.                      :
                           :
ATLAS TURNER, INC.,     :
ET AL.,                 :
     Defendant         :    NO. 89-8879

- - -

           Oral deposition of ANTHONY
DELLAQUILA, taken pursuant to notice, at
the home of ANTHONY DELLAQUILA, 108 Blackthorne
Street, Aston, Pennsylvania, on Wednesday,
February 14, 1990, beginning at approximately
12:19 p.m., before Susan L. Remsing, Court
Reporter-Notary Public, and Richard Kling,
Videotape Operator, there being present.

- - -

APPEARANCES:

         BROOKMAN, ROSENBERG, BROWN &
            SANDLER
         BY:   DAVID HALPERN, ESQUIRE
         230 South Broad Street, 15th Floor
         Philadelphia, Pennsylvania 19103
         Phone:  (215) 546-2660
         Representing the Plaintiff

400 MARKET STREET
PHILADELPHIA, PA 19106


**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



APPEARANCES CONTINUED:

KELLEY, JASONS, McGUIRE & SPINELLI
BY:  CHRISTOPHER N. SANTORO,
     ESQUIRE
Suite 2626, One Logan Square
Philadelphia, Pennsylvania 19103
Phone: (215) 854-0658
Representing Owens Corning
     Fiberglas

WHITE & WILLIAMS
BY:  BRUCE B. LASSMAN, ESQUIRE
1234 Market Street
Philadelphia, Pennsylvania 19107
Phone:  (215) 854-7000
Representing Fibreboard
     Corporation, Owens-Illinois
     Corporation

GOLDFEIN & JOSEPH
BY:  ELISSA J. KAHN, ESQUIRE
1700 Packard Building
Philadelphia, Pennsylvania 19102
Phone:  (215) 977-9800
Representing Garlock and Atlas
     Turner, Inc.

WILBRAHAM & COLEMAN
BY:  PATRICIA CORBETT, ESQUIRE
Suite 450, The Curtis Center
Sixth and Walnut Streets
Philadelphia, Pennsylvania 19106
Phone:  (215) 923-0133
Representing CCR Defendants

SWARTZ, CAMPBELL & DETWEILER
BY:  WILLIAM T. SALZER, ESQUIRE
1700 Land Title Building
Philadelphia, Pennsylvania 19110
Phone: (215) 564-5190
Representing Eagle-Picher
     Industries


400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



APPEARANCES CONTINUED:

BUDD LARNER GROSS ROSENBAUM
    GREENBERG & SADE
BY:   TIMOTHY J. RICE, ESQUIRE
51 Haddonfield Road, Suite 330
Cherry Hill, New Jersey 08002
Phone:  (609) 663-9400
Representing Combustion Engineering

PALMER BIEZUP & HENDERSON
BY:   DANIEL J. MAHER, ESQUIRE
Suite 956, Public Ledger Building
Philadelphia, Pennsylvania 19106
Phone:  (215) 625-9900
Representing Anchor Packing

SHERR, JOFFE & ZUCKERMAN, P.C.
BY:   WILLIAM A. JONES, ESQUIRE
200 Four Falls Corporate Center,
    Suite 400
West Conshohocken, Pennsylvania
    19428-0800
Phone:  (215) 941-5400
Representing Flintkote Corporation

STRADLEY, RONON, STEVENS & YOUNG
BY:   ELLIOT ALAN KOLODNY, ESQUIRE
2600 One Commerce Square
Philadelphia, Pennsylvania 19103
Phone:  (215) 564-8086
Representing Hopeman Brothers

COHEN, SHAPIRO, POLISHER, SHIEKMAN
    AND COHEN
BY:   LINDA T. JACOBS, ESQUIRE
12 South 12th Street
Philadelphia, Pennsylvania 19107
Phone:  (215) 351-2122
Representing Georgia Pacific

400 MARKET STREET
PHILADELPHIA, PA 19106


**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



1                          I N D E X

2

3                            - - -

4    WITNESS                                          PAGE

5    ANTHONY DELLAQUILA

6            BY MR. SANTORO                              5

7            BY MR. LASSMAN                             28

8            BY MS. KAHN                                34

9            BY MS. CORBETT                             36

10

11

12                           - - -

13                       E X H I B I T S

14   EXHIBIT NO.        DESCRIPTION        PAGE MARKED

15                 (No exhibits marked.)

16

17

18

19

20

21

22

23

24

25



1                    THE COURT REPORTER:  Usual

2          asbestos stipulations?

3                    MR. SANTORO:  Yes.

4                    MR. HALPERN:  Yes.

5                         -  -  -

6                    (It is hereby stipulated and

7          agreed by and between counsel for the

8          respective parties that reading, signing,

9          sealing, certification, and filing are

10         waived and that all objections, except as

11         to the form of questions, be reserved until

12         the time of trial, and that an objection by

13         one defense counsel shall inure to the

14         benefit of all other defense counsel

15         present.)

16                        -  -  -

17                    ANTHONY DELLAQUILA, after

18         having been first duly sworn, was examined

19         and testified as follows:

20                        -  -  -

21                    EXAMINATION

22                        -  -  -

23    BY MR. SANTORO:

24    Q.    Sir, my name is Chris Santoro.  I represent

25    one of the defendants in your lawsuit.  I'm going

```
 1   to ask you some questions today.  If you don't

 2   understand me, let me know and I'll rephrase the

 3   question, okay?

 4   A.      Okay.

 5   Q.      If you don't hear me, let me know and I'll

 6   repeat the question.  Please give an oral response

 7   to all of my questions so the court reporter can

 8   take everything down.  She's sitting behind you,

 9   okay?

10   A.      Okay.

11   Q.      Sir, are you on any medication today as we

12   sit here?

13   A.      Am I on medication?

14   Q.      Yes.

15   A.      No, sir.

16   Q.      Did you take any medication at all in the

17   last twenty-four hours?

18   A.      No, sir.

19   Q.      Who do you live here with?

20   A.      My wife, Emily.

21   Q.      Is anybody else dependent upon you for

22   support besides your wife?

23   A.      No, sir.

24   Q.      Now, correct me if I'm wrong, at the Miller

25   and Flounder's Dairy bottling plant in 1942 to
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300




1  1943 you never personally worked with any asbestos

2  products?

3  A.      No, sir.

4  Q.      Were you ever around anybody that worked

5  with any asbestos products?

6  A.      Not that I know of.

7  Q.      Did your job there -- what did you do for

8  that one year, were you a milkman?

9  A.      At that particular year I worked inside the

10 box loading trucks out.

11 Q.      Was this on the loading dock?

12 A.      Yeah.

13 Q.      Would that be outside?

14 A.      Yeah, it would be.

15 Q.      Do you remember any of the guys or women

16 that you worked with for that year?

17 A.      (No response.)

18 Q.      If you can.  If you can't, that's fine,

19 also.

20 A.      I may be able to remember some of them,

21 yeah.  Well, I know my own boss, he's still

22 living, Roy Evans.

23 Q.      Roy Evans?

24 A.      Yeah.  He's still living.

25 Q.      Where does he live?

1    A.       Right here in Aston Township.

2    Q.       For that one year period, did you ever have

3    to work inside?

4    A.       Inside the box, yes.

5    Q.       What box is this that you're telling us

6    about?

7    A.       This I'm talking about the cooler.  This is

8    where the milk is kept.

9             Do you understand what I'm saying,

10   where the milk is kept?

11   Q.       Yes.

12            To your knowledge, is there any

13   asbestos products in that box?

14   A.       Not as far as I know.

15   Q.       Now, for the year at Sun Ship you were an

16   electrician's helper?

17   A.       Yes, sir.

18   Q.       Did you work for one specific electrician

19   for that one year period?

20   A.       Yes, sir.

21   Q.       What was his name?

22   A.       George Driver.

23   Q.       Driver?

24   A.       Driver.

25   Q.       D-R-I-V-E-R?

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
 1   A.       Uh-huh.
 2   Q.       Do you know if Mr. Driver's still around?
 3   A.       No.  He's dead.
 4   Q.       Do you remember your supervisor for that
 5   one year period?
 6   A.       No.  No, I don't.
 7   Q.       Any other co-workers that you can recall
 8   for that one year period?
 9   A.       Yes.  I can remember them but I don't know
10   whether they exist or not.
11   Q.       If you can give us their names, that would
12   be good.
13   A.       Yeah.  Well, there was a boy by the name of
14   Cooper.
15   Q.       Is that his first or last name?
16   A.       That's his last name.  I don't know his
17   first name.  I'm sorry.
18   Q.       What did he do?  Was he an electrician as
19   well?
20   A.       Yeah.  He was an electrician, yeah.
21   Q.       Anybody else?
22   A.       Yeah.  A man by the name of Marshall.
23   Q.       Do you remember his first name?
24   A.       No.  I don't know whether they're deceased
25   or not, you know.
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
1   Q.      Was he also an electrician?

2   A.      Yeah.  He was an electrician.

3   Q.      Anybody else?

4   A.      A man by the name of Corey.

5   Q.      Do you remember a first name?

6   A.      No.  These are all last names.

7   Q.      Cory, C-O-R-Y?

8   A.      C-O-R-E-Y.

9   Q.      Anybody else?

10  A.      And there was Jessie Ewing.

11  Q.      Ewing?

12  A.      Yeah.  I know he's deceased, he is.

13  Q.      Anybody else?

14  A.      And a man by the name Buckley.

15  Q.      Were Mr. Ewing and Mr. Buckley, were they

16  electricians, also?

17  A.      Yeah.  Uh-huh.

18  Q.      Anybody else?

19  A.      That's it.

20  Q.      Do you recall the names of any of the

21  pipecoverers that worked at Sun Ship while you

22  were there?

23  A.      That I don't know.

24  Q.      How about the name of any of the pipe

25  fitters?
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1  A.      No.

2  Q.      How about the name of any of the

3  carpenters?

4  A.      No.

5  Q.      Now, you worked as an electrician helper --

6  you started as an electrician's helper.

7          Did you remain an electrician's

8  helper for that entire year?

9  A.      Yes, sir.

10  Q.      You described generally what your duties

11  were working in these hallways.

12          Would you say that's what you did

13  most of your time?

14  A.      Yeah.  That was our main job was -- in

15  other words, we were a gang, you know, and each

16  gang had its own little thing to do.  And me and

17  my electrician, our job was to go back in the

18  coolers and our job was to put the hall lights in

19  and the alarm system.  And then this other little

20  room, whatever it's called, I don't know, but we

21  had to put the lights in there.  Now, when we were

22  done with this, then we would help other

23  electricians that needed help.

24  Q.      We'll get to that.

25          Can you give me a percentage of time

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1   that you spent in the hallways as opposed to other

2   parts of the ship?

3   A.      (No response.)

4   Q.      If you can.

5   A.      Well --

6                   MR. HALPERN:  Are you guessing,

7           if you said that?

8                   THE WITNESS:  Yes.  I'd be

9           guessing.

10                In other words, we spent most of our

11          time doing this.

12   BY MR. SANTORO:

13   Q.      In the hallways?

14   A.      Yeah.

15                Than we did with helping other people

16   with their jobs.

17   Q.      Let's try to narrow it down.

18                Would you say it was more than

19   seventy-five percent of your time?

20   A.      I would say at least seventy-five percent

21   of the time.

22   Q.      At least seventy-five percent.

23                Would you say it was ninety percent?

24   A.      No.  I'd -- I probably would go maybe

25   eighty percent of the time with that.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
 1    Q.      Eighty percent of the time in the hallways?

 2    A.      Yeah.

 3    Q.      Now, the other twenty percent, was that

 4    spent in one other place or a variety of places?

 5    A.      A variety of places where we'd meet, yes.

 6    Q.      When you worked on these hallways, was it

 7    just the electricians working in the hallways?

 8    A.      Oh, no.  Whoever had to do whatever were

 9    there, you know, whatever job had to be done.

10    Q.      Was it common for the electricians to go in

11    first on the ships and run the lights?

12    A.      No.  Anybody did whatever they had to do.

13    Q.      Can you tell us some of the other trades

14    that worked in the hallways while you were working

15    there?

16    A.      Yeah.  The carpenters were there.  Your

17    pipe fitters were there.  I can't recollect these

18    pipecoverers.  I mean, this room that I'm talking

19    about, I'm recollecting them here.  (Indicating.)

20    Q.      So the best of your knowledge, you don't

21    recall any pipecoverers working in these hallways

22    while you were there?

23    A.      Not in the hallways, no.

24    Q.      Now, while you were working in the hallways

25    and there was a carpenter working in there or a
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1    gang of carpenters, do you ever recall the

2    carpenters using any asbestos products?

3    A.      No.

4    Q.      While you were working in the halls and

5    there was a pipe fitter working in there, do you

6    ever recall a pipe fitter using any asbestos

7    products?

8    A.      Not a pipe fitter, no.

9    Q.      Do you ever recall any trade working in the

10   hallway while you were working in there using any

11   asbestos products?

12   A.      No.

13   Q.      Now, correct me if I'm wrong, you always

14   worked on new construction, never any rip outs?

15   A.      No.  It was all new.

16   Q.      Now, you told us about this one room where

17   the pipecoverers worked.

18   A.      Right.

19   Q.      Was that on one particular ship or was that

20   on a variety of ships?

21   A.      No.  All the ships had this same particular

22   room.

23   Q.      Do you remember the name of that room?

24   A.      No.  That I don't know.  I don't know what

25   the name is.  But this is where most of the

1    asbestos was coming, from that and also from the

2    engine room, which I was, you know, exposed too.

3    Q.      How often would you work near this room?

4    A.      Everyday.  Everyday because it -- it

5    straddled the hallway.  (Indicating.)

6    Q.      You worked the perimeter around this room?

7    A.      Right.  In other words, this room was here

8    like this and we went around it.  (Indicating.)

9    Q.      How many entrances or exits did the room

10   have?

11   A.      Two, one at each end.

12   Q.      Were they the only openings in that room,

13   the entrance and exit?

14   A.      Yeah.

15   Q.      How often would you work near the engine

16   rooms?

17   A.      Well, this is one of the times that we

18   would -- we would be pulled from our job to help

19   another electrician out.  Right over top of the

20   engine room was the main switch box.  Now, we

21   would go in and help them.  Now, sometime, not all

22   the time, sometime, they would burn holes into the

23   bulkhead so they could put wire or whatever.  So

24   somebody had to get down below to warn anybody to

25   get out of the way.  So these burners burning

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
 1   these holes in so somebody wouldn't get hit with
 2   this hot metal.
 3                    So there was times I went down below
 4   where the engine room was.
 5   Q.      Now, on the occasions that you went in to
 6   the engine rooms, was any other trade ever using
 7   any asbestos products in the engine rooms?
 8   A.      Yes.  They were down there working on the
 9   boiler itself.  Yep.
10   Q.      Did can you identify the trade that may
11   have been working with the asbestos products while
12   you were there in the engine room?
13   A.      Well, it had to be the pipecoverers.
14   Q.      In that one year period, can you give us
15   the amount of times you may have went into an
16   engine room, if you can?
17   A.      Well, in this particular area, okay, not
18   all the way down, this particular area, I'd say,
19   oh, maybe seven or eight times.
20   Q.      Seven or eight times for the entire year?
21   A.      Year, right.
22   Q.      Each time that you went into the engine
23   room, was a trade using an asbestos product?
24   A.      Yeah.
25   Q.      Let me finish my question.
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300


ANTHONY DELLACROCE

1    A.      I'm sorry.

2    Q.      Each time that you went into an engine

3    room, did you see somebody else using an asbestos

4    product, or sometimes would you go in and no

5    asbestos products would be in there?

6    A.      I would say there was times I went in there

7    and there wasn't any asbestos products.

8    Q.      Now, what other types of areas on the ship

9    would you work besides these hallways and this

10   room where the pipecoverer was --- strike that.

11                The engine room?

12   A.      In the kitchen.

13   Q.      The kitchen?

14   A.      That was fully electrical.

15   Q.      Now, were there other trades using asbestos

16   products while you were in the kitchen?

17   A.      No.

18   Q.      Any other rooms besides the engine room,

19   the kitchen and the hallways?

20                I'm going to talk about that other

21   room with the pipecoverers separately.

22   A.      Okay.

23                No.

24   Q.      Now, this room where the pipecoverers were

25   working, you said on occasion you would have to go

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

ANTHONY DELLAQUILA

1  in that room.

2          For the entire year, can you give us

3  a number of times that you had to go into that

4  room where the pipecoverers were working?

5  A.      When they were working, okay?

6  Q.      Right.

7  A.      Very seldom when they were working.  So

8  I'll put the number very low because the only room

9  I went in earlier was probably because there was

10 lights that we had to hang in there.  It was

11 probably either to get something or bring

12 something and get it out.  So I'll say, like, a

13 half a dozen times at the most.

14 Q.      Can you give us an average amount of time

15 that you would spend each time you would go into

16 the room?

17 A.      Very small amount.

18 Q.      In and out?

19 A.      Yeah.  In and out.  Very small amount.

20 Q.      So if I'm correct, when you worked on the

21 ships, you would spend about eighty percent of

22 your time in the perimeter of this room?

23 A.      Right.

24 Q.      Sometimes you would go in the engine room?

25 A.      Right.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELLAQUILA

1    Q.      And, sometimes you would go into the

2    kitchen?

3    A.      Right.

4    Q.      And, sometimes you went in this room where

5    the pipecoverers were?

6    A.      Right.

7    Q.      That covers it?

8    A.      Well, I went in that room where the pipe --

9    when I wasn't working in there I had to go in

10   there. When they were working in there I didn't

11   go in there if I could stay away from it, okay?

12   Q.      Okay.

13           So there were other times you went in

14   this room when the pipecoverers weren't there?

15   A.      Weren't there, right.

16   Q.      How many times was that?

17   A.      Well, see, that -- that particular room was

18   a main -- main wire coming through so the whole

19   gang had to pull that. So we all had to be in

20   there at one time or another to pull this wire,

21   which took, like, eight hours to pull this thing.

22   And the other rest of the time that I spent in

23   there was hooking up the lights or the alarm

24   system.

25   Q.      And, the times that you were in there and

```
 1   there were no pipecoverers in there, was there any

 2   other trade in there using asbestos products?

 3   A.      No, sir.

 4   Q.      Does that about cover it?

 5   A.      I would say.

 6   Q.      Now, while you were in the Army, did you

 7   ever come in contact with any asbestos products?

 8   A.      No, sir.

 9   Q.      And, you went back -- after you got out of

10   the service you went back to Miller and Flounder's

11   Dairy as a milkman?

12   A.      As a milkman.

13   Q.      Did you spent your entire time delivering

14   milk?

15   A.      Delivering milk, yes.

16   Q.      And, would that be the same for Abbott's

17   Dairy and Horizon Dairy?

18   A.      Well, Horizon Dairy is when I started to

19   load the trucks back up again.

20   Q.      And, you worked at Horizon from '84 to '89?

21   A.      Yes.

22   Q.      Now, when you retired in September, did you

23   take a regular retirement?

24   A.      Yes.

25   Q.      It wasn't due to your health or anything
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DECIAOQUILA

1  like that?

2  A.      No.  Unfortunate, it would have been.

3  Q.      Had you planned on retiring at this time?

4  A.      Yes.

5  Q.      All the time?

6  A.      Yes.

7  Q.      How old were you when you retired?

8  A.      Sixty-three.

9  Q.      You identified three manufacturers,

10  Johns-Manville, Carey and Ehret.

11          Did you see one of those names more

12  than another?

13  A.      Not really.  The reason I say this is

14  because most of the time I would see it laying --

15  laying in the trash, you know, or something like

16  this.  Well, what they used to do, they used to

17  bring them up on pallets and drop them on the deck

18  and then the workers would come and get them.

19  Q.      So where you saw these three names was on

20  the boxes?

21  A.      On the boxes, yes.

22  Q.      And, sometimes you saw the empty boxes in

23  the trash?

24  A.      Yes.

25  Q.      And, sometimes you saw the boxes on the

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

ANTHONY DELLAGLIO

1   deck?

2   A.      Yeah.

3   Q.      Did you ever see anybody using any of these

4   products or see any of these boxes while somebody

5   was using them?

6   A.      Yeah.

7   Q.      You did?

8   A.      Yes.

9   Q.      Did you see one more than another?

10  A.      No.  I wouldn't say so.

11  Q.      When you saw these products, where would

12  you see them, would it be in that room?

13  A.      In that area, yeah.

14  Q.      Besides the two other times you told us

15  about?

16  A.      Right.  Right.

17  Q.      And, each time you saw one of these three

18  products, it was a pipecoverer using it?

19  A.      Yes, sir.  Uh-huh.

20  Q.      And, there are no other products that you

21  recall at this time, manufacturers?

22  A.      No.  I can't remember any offhand.

23  Q.      I provided your attorney with some books

24  that were provided to me by my client's Legal

25  Department.



```
 1                    Have you had an opportunity to flip
 2   through those books?
 3   A.       Yeah.  I went through them.
 4   Q.       Did you go through them thoroughly?
 5   A.       Well, I glanced through it, you know.
 6   Q.       Each and every page?
 7   A.       Yes.
 8   Q.       And, that didn't refresh your recollection
 9   as to any other products?
10   A.       No.  That's the reason you asked me to go
11   through it, you know, to see if I could recognize
12   another product, you know?
13                    There is one, but I hate to say it
14   because I'm not sure.  There's Eagle stands in my
15   mind, but I'm not sure.  I don't want to say it.
16   Q.       What type of product was that?
17   A.       Well, I don't think it was an asbestos.  It
18   was, like, a gasket, a pipe gasket, but I don't
19   remember seeing that.  It seems to me it was a
20   truck that I seen it on, you know?
21   Q.       Where did you see that, was that at Sun
22   Ship?
23   A.       Sun Ship, yeah.
24   Q.       What did you see, a picture of --
25   A.       Of an Eagle.  It was an Eagle on the side
```

400 MARKET STREET
PHILADELPHIA, PA 19106


**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELLAQUILA

1  of a stake body truck.  It was black and white and

2  Eagle was trimmed out in gold, you know?

3  Q.    Did you see that picture similar to what

4  you're describing in the books that I provided

5  your attorney?

6  A.    No.

7  Q.    So, correct me if I'm wrong, you flipped

8  through the books that I provided to your attorney

9  and that did not refresh your recollection --

10  A.    No.

11  Q.    -- regarding any other products that you

12  may have seen or worked with or others worked with

13  while at Sun Ship?

14  A.    Right.

15  Q.    How long have you lived at this address?

16  A.    Since '65.

17  Q.    Where did you live before that?

18  A.    Lincoln Street.

19  Q.    Where is that, Chester?

20  A.    In Chester, yeah.

21  Q.    Where did you live before that?

22  A.    15th Street in Chester.

23  Q.    What did your father do for a living?

24  A.    What did my father do?

25  Q.    Yes.

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



```
 1    A.      He was a -- he was a -- in other words, a

 2    leather for your shoes, he used to put the finish

 3    to it in Chester.  It was called Chester Enamel

 4    Company, I think it was called.

 5    Q.      Do you know if he ever worked with or

 6    around any asbestos products?

 7    A.      Not that I know of.

 8    Q.      Did any of your relatives, to your

 9    knowledge, work around any asbestos products or

10    with any asbestos products?

11    A.      No.

12    Q.      What did your father -- what was the cause

13    of his death?

14    A.      Emphysema.

15    Q.      Did he smoke?

16    A.      Yes.

17    Q.      Do you have any idea how much he smoked

18    while you lived with him?

19    A.      I'd be guessing.  At least a pack a day,

20    and in them days, they were the unfiltered jobs.

21    Q.      Right.

22            How about your mother, did she work?

23    A.      My mother passed away when I was nine years

24    old, and no, she never work.

25    Q.      Now, you told us that prior to you becoming
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1  ill you used to do your own work around the house.

2  A.      Yes, sir.

3  Q.      At any time, did you ever use any asbestos

4  products in doing any home repairs to your

5  knowledge?

6  A.      Not that I can remember because my house is

7  all brick.  I have no asbestos there.

8  Q.      Did you ever have any other lung

9  conditions, like pneumonia?

10 A.      (Indicating.)

11 Q.      How about pleurisy?

12 A.      No.

13 Q.      Bronchitis?

14 A.      No.

15 Q.      Did you ever have any injuries to your

16 chest whatsoever?

17 A.      No.

18 Q.      When did you begin smoking cigarettes?

19 A.      When I was about sixteen maybe.

20 Q.      And, I take it they were unfiltered then,

21 right?

22 A.      Yeah.  No.  They were -- maybe you're

23 right.  Maybe you're right.  I don't know.  I

24 can't remember to tell you the truth.

25 Q.      And, how long did you smoke?

400 MARKET STREET
PHILADELPHIA, PA 19106
KNIPES-COHEN
COURT REPORTING SERVICE
PHONE:
(215) 928-9300

1    A.      Until recently, in '89 I give it up.   In

2    fact, May of '89.

3    Q.      On the average, how much did you smoke

4    during that period of time?

5    A.      Well, I guess when I first started I guess

6    I probably -- well, I did say, between a half a

7    pack and a pack until -- until internal --

8    internal.   Until the Surgeon General, when they

9    said that was no good for your health, then I

10   started cutting them back until I cut it out

11   completely.

12   Q.      Did you ever smoke more than a pack a day?

13   A.      No.   Uh-uh.

14   Q.      Did you smoke unfiltered for the entire

15   period of time --

16   A.      Oh, no.

17   Q.      -- or did there come a time when you

18   changed?

19   A.      No.   No.   It was -- when I did smoke

20   unfilters, when the filters did come out, then I

21   did go to filters.

22   Q.      Do you specifically recall smoking

23   unfiltered cigarettes?

24   A.      My decision is to tell you -- what would

25   that bring us back to?

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1    Q.      1942.

2                    Did they have unfiltered cigarettes

3    or filtered cigarettes then?

4    A.      I don't even remember.

5    Q.      If you can't remember, that's fine.

6    A.      I'm sorry.

7                    MR. SANTORO:  Do you want to

8            take a little break?  I don't have too much

9            more.

10                   THE WITNESS:  No.  I'm okay.

11                   MR. SANTORO:  I think that's

12           about it.

13                   MR. LASSMAN:  I've got just a

14           couple questions.

15                   MR. SANTORO:  Go ahead.

16           Somebody else is going to ask you some

17           questions.

18                        - - -

19                   EXAMINATION

20                        - - -

21   BY MR. LASSMAN:

22   Q.      Mr. Dellaquila, my name is Bruce Lassman

23   and I represent a couple of the defendants in this

24   litigation.

25   A.      Okay.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
 1   Q.      Did you have any brothers or sisters?

 2   A.      I had a brother that's living and a sister

 3   that's deceased, yes.

 4   Q.      And, how is your brother's health?

 5   A.      Good.  As far as I know, he's in good

 6   health.

 7   Q.      Where has he been employed, do you know?

 8   A.      He was a milkman most of his life.

 9   Q.      And, you say you have a sister who is

10   deceased?

11   A.      Yes.

12   Q.      What was the cause of her death?

13   A.      Heart.

14   Q.      Heart problems?

15   A.      Yeah.

16   Q.      And, can you tell us at what age she passed

17   away?

18   A.      Twenty-six.

19   Q.      Was that a congenital problem, something

20   she was born with?

21   A.      Yeah.  I would say so because I was young

22   myself at that time and it seemed to me like all

23   her life she seemed to have a heart problem.

24   Q.      You said your mother died when you were

25   nine years old.
```

400 MARKET STREET
PHILADELPHIA, PA 19106



KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
 1                 Did she have heart problems?
 2   A.      No.  She died of cancer, stomach cancer.
 3   Q.      You testified that you worked in new
 4   construction on ships at Sun Ship.
 5   A.      Yes, sir.
 6   Q.      You also testified that you could only
 7   remember the name of the U.S.S. HOPE that you
 8   worked on doing overtime work.
 9   A.      Yes, sir.
10   Q.      Can you remember how many ships you worked
11   on during that one year you were at Sun Ship?
12   A.      I'm just taking a guess now.  I would tell
13   you maybe about six or seven ships.
14   Q.      Were you on and off one ship to another
15   ship and then back and forth?
16   A.      No.  No.  When when we -- the only -- when
17   we started a ship, we completed that ship.
18                 Do you understand what I'm saying?
19   Q.      I understand what you're saying.
20   A.      The only reason we went up to that S.S.
21   HOPE was because they were -- they were -- they
22   were behind in schedule and they needed -- they
23   were cargo ships at that time and they needed help
24   to get those ships out, so they asked for all the
25   volunteers they could get.  And this is the reason
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

ANTHONY DELLAQUILA

```
 1    I used to volunteer once in a while to go up there

 2    on that U.S.S. HOPE.  That wasn't the original

 3    name.  That was named after it came out of -- out

 4    of commission, you know?

 5    Q.    I understand, sir.

 6              Do you partake of alcoholic

 7    beverages?

 8    A.    No, sir.

 9    Q.    Did you ever?

10    A.    As a -- just socially.

11    Q.    Do you have a driver's license?

12    A.    Yes, sir.

13    Q.    Do you still drive?

14    A.    Yes, sir.

15    Q.    Can you tell me, Mr. Dellaquila, what the

16    warning said on the cigarette packages that you

17    referred to earlier?

18    A.    It was a hazard to your health.

19    Q.    Do you remember at any time while you were

20    smoking that the warning changed?

21    A.    It probably did.  Probably more recently.

22    Q.    Do you remember what it changed to?

23    A.    Well, I think it included pregnant women,

24    if I'm not mistaken.  I don't know.

25              No.  He's laughing so it couldn't
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1  have been, I guess, but I know there was a change

2  in it.  But the only thing that I was interested

3  in when he come out with it himself, it was time

4  for me to get rid of these things.

5  Q.      Do you remember when that took place?

6  A.      That I don't know.  I don't know.  I don't

7  know.

8  Q.      Do you remember if it was in the sixties?

9  A.      In the sixties?

10          Well, no, I think it was -- I think

11  it was -- I think it was somewheres -- it could

12  have been in sixties, late sixties.  In fact, it

13  was when this -- this gentleman that just left

14  now, in fact, I think he's the one that wrote it.

15  He's the one that put it in.

16  Q.      The Navy Surgeon General?

17  A.      I think Koop is his name.

18  Q.      Admiral Koop?

19  A.      Yeah.

20  Q.      You indicated that when those warnings came

21  out you thought that that meant that you should

22  probably start cutting back on your smoking; is

23  that right?

24  A.      Yes, sir.  Cutting back so I could --

25  Q.      You could stop?

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



```
 1    A.      Eliminate it, yeah.  Because it was no good
 2    for you.  There was no sense me putting it in my
 3    body.
 4    Q.      Do you ever remember the warnings referring
 5    to cancer?
 6    A.      On this labeling?
 7    Q.      Yes.
 8    A.      Oh, yes.
 9    Q.      How long ago do you remember that the
10    warnings referred to cancer?
11    A.      That I can't -- can't remember.
12    Q.      Would you say you've known that cigarettes
13    may cause cancer for more than five years?
14    A.      I would say.
15    Q.      You still continued to smoke after knowing
16    about these warnings though; is that correct?
17    A.      Yeah.  But I --
18                    MR. SANTORO:  Objection to the
19            form of the question.
20                    THE WITNESS:  I cut it down to
21            four -- four cigarettes a day, four to five
22            cigarettes a day I cut it down.
23                    MR. LASSMAN:  Thank you, Mr.
24            Dellaquila.  I have not further questions.
25                    MR. KOLODNY:  No questions.
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1                      MS. JACOBS:  No questions.

2                      MR. MAHER:  No questions.

3                           - - -

4                      EXAMINATION

5                           - - -

6  BY MS. KAHN:

7  Q.      Mr. Dellaquila, my name is Elissa Kahn.   I

8  just have a couple questions, and I'm sorry, my

9  first question you might have given the answer

10 already, but I didn't hear it.

11                 How old was your father when he died?

12 A.      My father was seventy-eight years old.

13 Q.      You mentioned that you had been recently

14 hospitalized for the last two procedures.

15 A.      Yes.  Yes.

16 Q.      Could you tell me what hospital that was?

17 A.      Crozer.  Crozer-Chester Medical Center.

18 Q.      And, understand whose treatment were you?

19 A.      Doctor Finnigan (phonetic).

20 Q.      Pardon me?

21 A.      Finnigan.

22 Q.      Do you remember his first name?

23 A.      No, I don't.

24 Q.      And, you my last question is you just

25 mentioned that in May of 1989 you quit smoking

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1 | entirely.

2 | A.      Yes.

3 | Q.      Was there any reason for that?

4 | A.      Yeah.  Because of what our General said,

5 | our Surgeon General, and he said to get rid of it

6 | so this is the reason I got rid of it.

7 | Q.      Was there any reason that that came in May

8 | of 1989?

9 | A.      Oh, no.  That just -- that's when it

10 | happened , you know.  This is when I got the

11 | desire and I don't need it anymore, because I had

12 | it down to four or five cigarettes a day.

13 |                 So if I had it down that low, why

14 | should I take it any more?

15 | Q.      Did you have a family doctor that was --

16 | what was the name of your family doctor?

17 | A.      Garfinkle.

18 | Q.      Had Doctor Garfinkle ever told you that you

19 | should quit smoking?

20 | A.      Not really, no.

21 | Q.      When you say "not really," he or did he

22 | not?

23 | A.      Yes.  Yes.  I guess -- when he found out

24 | that I did, he said I should, yes.

25 | Q.      Do you remember when that was?

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



```
 1   A.      Probably when I first started going to him,

 2   about four or five years ago.

 3                   MS. KAHN:  That's all I have.

 4           Thank you.

 5                   MR. RICE:  No questions.

 6                   MS. CORBETT:  I have a few

 7           questions.

 8                        - - -

 9                   EXAMINATION

10                        - - -

11   BY MS. CORBETT:

12   Q.      I'm Trish Corbett.  I introduced myself to

13   you earlier and I represent one of the defendants

14   here today.

15   A.      Yes.

16   Q.      Mr. Dellaquila, you named three

17   manufacturers, Johns-Manville, Carey and Ehret,

18   the names that you were familiar with.

19                   Can you tell me, were those names

20   that you came up with on your own before you

21   looked through the product books?

22   A.      Yes.  In other words, what I had to do when

23   I contact Dave, now I had to start visualizing

24   myself.  I had to go back, you know?  And so I had

25   this is how I -- I picked these names up because
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1   you're going back some time.  So this is how I

2   come up with.

3   Q.     Do you believe as you sit here today that

4   there were other manufacturers' products that you

5   just do not recall?

6   A.     I would say yes and -- I would say yes,

7   because they did a lot of ships down there.  But I

8   think there was a ship a week we used to throw

9   out.  That was a lot of ships.

10  Q.     The room that you talked about that you

11  referred to as the pipecoverers room as their

12  workroom and you indicated that you went in there

13  infrequently while they were working but that

14  there were times that you had to go in and install

15  lights and alarm systems.

16              Did you do the installation of the

17  lights and the alarm systems prior to the

18  pipecoverers using it as a workroom?

19  A.     Did I do it before --

20  Q.     Before the pipecoverers would come in.

21  A.     If they weren't in there, we'd go in there

22  when they weren't in there, you know?

23  Q.     But was that before they ever started

24  working?  In other words, you had the lights

25  installed and the alarm system --

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



```
 1   A.      If it happened to be -- in other words,

 2   whoever got there first.

 3              Do you understand what I'm saying?

 4   Q.      So there were times they were there before

 5   you were there?

 6   A.      Right.  Right.  Because it was all new

 7   construction and whoever got there first, that was

 8   it.

 9   Q.      And, your testimony is that looking through

10   the notebooks did not refresh your recollection at

11   all of any other --

12   A.      No.

13              MR. SANTORO:  You mean the

14       picture books?

15              MS. CORBETT:  The picture

16       books.

17   BY MS. CORBETT:

18   Q.      And, Mr. Dellaquila, are you familiar with

19   or did you ever hear the name Kaylo?

20              MR. SANTORO:  Objection to the

21       form.

22   BY MS. CORBETT:

23   Q.      It's spelled K-A-Y-L-O.

24   A.      No.  I never heard of it.

25              MR. SANTORO:  Did you answer no
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELLAQUILA

```
1              to that?  You were shaking your head no?
2                         THE WITNESS:  No.  She asked me
3         and I said:  No.  I don't recollect it.
4    BY MS. CORBETT:
5    Q.     Your answer is you don't recall?
6    A.     No.
7                         MR. JONES:  No questions.
8                         MR. SALZER:  No questions.
9                            - - -
10                        (Whereupon the deposition was
11        concluded at 1:30 p.m.)
12                           - - -
13
14
15
16
17
18
19
20
21
22
23
24
25
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300


1                    C E R T I F I C A T E

2

3    COMMONWEALTH OF PENNSYLVANIA :
                                  :   SS
4    COUNTY OF PHILADELPHIA        :

5

6                    I, Susan L. Remsing, Court

7    Reporter, Notary Public within and for the County

8    of Philadelphia, Commonwealth of Pennsylvania, do

9    hereby certify that the foregoing testimony of

10   Anthony Dellaquila, was taken before me at 108

11   Blackthorne Street, Aston, Pennsylvania on

12   Wednesday, February 14, 1990; that the foregoing

13   testimony was taken by me in shorthand and reduced

14   to typing under my direction and control, that the

15   foregoing pages contain a true and correct

16   transcription of all of the testimony of said

17   witness.

18

19                        _Susan L. Remsing_

20                     SUSAN L. REMSING
                        Notary Public

21

22           SUSAN L. REMSING
         Notary Public, Phila., Phila. Co.
23       My Commission Expires Aug. 13, 1990

24

25

#116270B

1

```
1              IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2

3                            - - -

4  ANTHONY and EMILY          :      CIVIL ACTION
   DELLAQUILA,                :      ASBESTOS CASE
        Plaintiffs           :
5                             :
                             :
6      vs.                    :
                             :
7  ATLAS TURNER, INC.,        :
   ET AL.,                    :
        Defendant            :      NO. 89-8879
8
                             - - -
9

10                   Videotaped deposition of

11  ANTHONY DELLAQUILA, taken pursuant to notice, at

12  the home of ANTHONY DELLAQUILA, 108 Blackthorne

13  Street, Aston, Pennsylvania, on Wednesday,

14  February 14, 1990, beginning at approximately

15  12:19 p.m., before Susan L. Remsing, Court

16  Reporter-Notary Public, and Richard Kling,

17  Videotape Operator, there being present.

                             - - -
18

19  APPEARANCES:

20              BROOKMAN, ROSENBERG, BROWN &
                   SANDLER
21              BY:   DAVID HALPERN, ESQUIRE
                230 South Broad Street, 15th Floor
22              Philadelphia, Pennsylvania 19103
                Phone:  (215) 546-2660
23              Representing the Plaintiff

24

25
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



```
 1    APPEARANCES CONTINUED:

 2                    KELLEY, JASONS, McGUIRE & SPINELLI
                      BY:  CHRISTOPHER N. SANTORO,
 3                       ESQUIRE
                      Suite 2626, One Logan Square
 4                    Philadelphia, Pennsylvania 19103
                      Phone: (215) 854-0658
 5                    Representing Owens Corning
                         Fiberglas
 6
                      WHITE & WILLIAMS
 7                    BY:  BRUCE B. LASSMAN, ESQUIRE
                      1234 Market Street
 8                    Philadelphia, Pennsylvania 19107
                      Phone:  (215) 854-7000
 9                    Representing Fibreboard
                         Corporation, Owens-Illinois
10                       Corporation

11                    GOLDFEIN & JOSEPH
                      BY:  ELISSA J. KAHN, ESQUIRE
12                    1700 Packard Building
                      Philadelphia, Pennsylvania 19102
13                    Phone:  (215) 977-9800
                      Representing Garlock and Atlas
14                       Turner, Inc.

15                    WILBRAHAM & COLEMAN
                      BY:  PATRICIA CORBETT, ESQUIRE
16                    Suite 450, The Curtis Center
                      Sixth and Walnut Streets
17                    Philadelphia, Pennsylvania 19106
                      Phone:  (215) 923-0133
18                    Representing CCR Defendants

19                    SWARTZ, CAMPBELL & DETWEILER
                      BY:  WILLIAM T. SALZER, ESQUIRE
20                    1700 Land Title Building
                      Philadelphia, Pennsylvania 19110
21                    Phone: (215) 564-5190
                      Representing Eagle-Picher
22                       Industries

23

24

25
```


400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



1    APPEARANCES CONTINUED:

2                        BUDD LARNER GROSS ROSENBAUM
                         GREENBERG & SADE
3                    BY:   TIMOTHY J. RICE, ESQUIRE
                     51 Haddonfield Road, Suite 330
4                    Cherry Hill, New Jersey 08002
                     Phone:  (609) 663-9400
5                    Representing Combustion Engineering

6                    PALMER BIEZUP & HENDERSON
                     BY:  DANIEL J. MAHER, ESQUIRE
7                    Suite 956, Public Ledger Building
                     Philadelphia, Pennsylvania 19106
8                    Phone:  (215) 625-9900
                     Representing Anchor Packing
9
                     SHERR, JOFFE & ZUCKERMAN, P.C.
10                   BY:  WILLIAM A. JONES, ESQUIRE
                     200 Four Falls Corporate Center,
11                       Suite 400
                     West Conshohocken, Pennsylvania
12                       19428-0800
                     Phone:  (215) 941-5400
13                   Representing Flintkote Corporation

14                   STRADLEY, RONON, STEVENS & YOUNG
                     BY:  ELLIOT ALAN KOLODNY, ESQUIRE
15                   2600 One Commerce Square
                     Philadelphia, Pennsylvania 19103
16                   Phone:  (215) 564-8086
                     Representing Hopeman Brothers
17
                     COHEN, SHAPIRO, POLISHER, SHIEKMAN
18                       AND COHEN
                     BY:  LINDA T. JACOBS, ESQUIRE
19                   12 South 12th Street
                     Philadelphia, Pennsylvania 19107
20                   Phone:  (215) 351-2122
                     Representing Georgia Pacific

21

22

23

24

25

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
 1                          I N D E X

 2

 3                            - - -

 4   WITNESS              DIRECT   CROSS   REDIRECT   RECROSS

 5   ANTHONY DELLAQUILA

 6      BY MR. HALPERN      8        --       36         --

 7      BY MR. SANTORO     --        34       --         --

 8

 9

10                            - - -

11                    E X H I B I T S

12

13   EXHIBIT NO.          DESCRIPTION       PAGE MARKED

14                 (No exhibits marked.)

15

16

17

18

19

20

21

22

23

24

25
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1                    - - -

2                    MR. SANTORO:  It's a videotaped

3         deposition and all objections should be

4         made today.

5                    MR. JONES:  Chris, are you

6         doing any discovery?

7                    MR. SANTORO:  We're going to do

8         it after the direct.

9              And I think we can agree that one

10        objection on behalf of the defendants

11        inures to the benefit of everybody.

12                   MR. HALPERN:  Fine.

13                   MR. LASSMAN:  I'd like to point

14        out that in prior depositions where we've

15        agreed with the Brookman office to allow

16        the video to precede the discovery they've

17        provided us blanket objection for any and

18        all questions which could be raised at a

19        later time without necessity of raising an

20        objection on an individual question at this

21        time since the discovery has not been done.

22        That certainly would eliminate any problem

23        of jumping in and breaking up the video and

24        so on just having a blanket objection to

25        every question and proceed.

1            MR. SANTORO:   That's fine.

2            MR. LASSMAN:   That's what we've

3    worked out before, and if everything goes

4    fine, then there isn't any problems.   If

5    there's anything I feel is objectionable,

6    because we don't have all the knowledge at

7    this time.   But that generally protects the

8    defendants and it also helps the video go

9    smoother.

10           MR. SANTORO:   So my

11   understanding is -- I was never privy to an

12   agreement like that.

13           We have a continuing objection to

14   every question on the direct?

15           MR. HALPERN:   Well, I'd prefer

16   if you want to object to object at that

17   time.   I think that by virtue of this being

18   a deposition that the judge, at the time of

19   trial, would rule on the objections at that

20   time.

21           MR. LASSMAN:   That's true.   But

22   the point was made that because we've not

23   yet had the discovery deposition and we

24   felt that we would save a lot of time, we

25   would provide a nice, smooth video, we



1    would just have a continuing objection --

2                    MR. HALPERN:  How about just to

3    the form?  If you want to object to the

4    form of the question and not in the

5    question itself but just the form.

6                    MR. LASSMAN:  Raise that at

7    this time?

8                    MR. HALPERN:  Yes.

9                    MR. LASSMAN:  I don't have any

10   problem with that.

11                   MR. SANTORO:  Any other

12   objection we can save?

13                   MR. HALPERN:  That's fine.

14                       -  -  -

15                   THE VIDEOTAPE OPERATOR:  We're

16   on the record.  This is a videotaped

17   deposition for the United States District

18   Court for the Eastern District of

19   Pennsylvania.

20       My name is Rick Kling.  I'm the

21   videotape operator.  I'm employed by

22   Knipes-Cohen Associates, Registered

23   Professional Reporters, 400 Market Street,

24   Philadelphia, Pennsylvania, 19106.  The

25   court reporter is Susan Remsing.

1              The caption for today's case is as

2         follows:  Anthony and Emily Dellaquila

3         versus Atlas Turner, Incorporated, et al.

4         Number 89-8879.  This deposition is being

5         taken on behalf of the plaintiff at the

6         home of Anthony Dellaquila, 108 Blackthorne

7         Street, Aston, Pennsylvania.

8              Appearances today are:  David

9         Halpern, Esquire, attorney for the

10        plaintiff.  All counsel for the defense

11        will be reflected upon the stenographic

12        record.

13             The deponent for today is Anthony

14        Dellaquila.  Today's date is Wednesday,

15        February 14th, 1990.  The time is 12:19.

16             The reporter will now swear in the

17        witness.

18                  - - -

19                  ANTHONY DELLAQUILA, after

20        having been first duly sworn, was examined

21        and testified as follows:

22                  - - -

23             DIRECT EXAMINATION

24                  - - -

25   BY MR. HALPERN:

1  Q.      Could you state your name for the record,

2  sir?

3  A.      Anthony Dellaquila.

4  Q.      And, how old are you?

5  A.      Sixty-three years old.

6  Q.      When -- when were you born?

7  A.      May the -- May the 10th, '26.

8  Q.      Where were you born?

9  A.      Chester.

10  Q.      Now, are you married?

11  A.      Yes.

12  Q.      What is your wife's name?

13  A.      Emily.

14  Q.      How long have you been married, Mr.

15  Dellaquila?

16  A.      Forty-four years.

17  Q.      Do you have any children?

18  A.      Yes.  I have two children.

19  Q.      What are their names and ages?

20  A.      I have Laura, which she's thirty-one years

21  old and Theresa, which she's thirty-nine years

22  old.

23  Q.      And, do you have any grandchildren?

24  A.      Yes.  I have four of them.  I have two boys

25  and two girls.



```
 1   Q.      What occupations are your children engaged

 2   in?

 3   A.      Well, Theresa is a housewife and Laura is a

 4   housewife and a part-time nurse.

 5   Q.      Now, sir, did you grow up in the

 6   Philadelphia area?

 7   A.      Yes.

 8   Q.      Where did you grow up?

 9   A.      In Chester.   Chester.

10   Q.      How far did you go in school?

11   A.      Tenth grade.

12   Q.      What schools did you attend?

13   A.      Graham School.

14   Q.      And, were you in the military?

15   A.      Yes.

16   Q.      What branch?

17   A.      In the Army.

18   Q.      What rank did you obtain?

19   A.      PFC.

20   Q.      What was your specialty?

21   A.      Infantry.

22   Q.      Where were you stationed?

23   A.      Germany.

24   Q.      Were you honorably discharge?

25   A.      Yes.
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



1    Q.      Okay.

2            I want you to give the jury an idea

3    of your work history.

4    A.      Well, when I was sixteen years old I quit

5    school and went to work for Flounder's Dairy.

6    Q.      What did you do there?

7    A.      There I loaded the trucks up for delivery.

8    After I put one year in at Flounder's, I went to

9    work for Sun Ship in Chester.

10   Q.      And, how long did you work there?

11   A.      There I also worked for one year and then I

12   was drafted into the Army.

13   Q.      And, how long were you in the Army?

14   A.      For two years.  I come out of the Army and

15   went to work back with Miller and Flounder's

16   Dairy.  And a short time after that, Miller and

17   Flounder's was obtained by Abbott's Dairies and I

18   stayed there until Abbott's went bankrupt in 1985.

19   Q.      And, did you work anywhere after that?

20   A.      I went to work for Horizon Dairy over in

21   New Jersey.

22   Q.      Okay.

23            When did you begin work at Sun, at

24   Sun Ship?

25   A.      The year of '43.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



1   Q.      Okay.

2                   Where is Sun Ship located?

3   A.      In -- they're in Morton.   In Chester,

4   Pennsylvania.

5   Q.      When you began there, what was your job at

6   Sun Ship?

7   A.      An electrician's helper.

8   Q.      Okay.

9                   Now, did you work around asbestos at

10  Sun Ship?

11  A.      Yes.

12  Q.      Now, at any of these other jobs that you've

13  gone through, did you ever work with asbestos --

14  A.      No.

15  Q.      -- at any of the other jobs?

16  A.      No.

17  Q.      So the only job that you worked with

18  asbestos was where?

19  A.      Sun Ship.

20  Q.      Okay.

21                  What does an electrician's helper do?

22  A.      Well, I get the material from my -- for my

23  electrician and help him install whatever has to

24  be installed.

25  Q.      When you -- where -- where would you be



1    doing this work at?

2    A.      Oh, I was in the passageway, the hallways.

3    Our job was to put the passage lights and the

4    alarm system in the hallways.

5    Q.      Okay.

6                Where you working around other

7    trades --

8    A.      Yes.

9    Q.      -- as an electrician's helper?

10   A.      Yes.

11   Q.      What other trades?

12   A.      Pipe fitters, carpenters, pipe fitters,

13   pipecoverers.

14   Q.      What was their job, the pipe fitters and

15   the pipecoverers and --

16   A.      Well, the pipe fitters were the -- put the

17   pipes together and the pipecoverers would cover

18   the pipe with asbestos.

19   Q.      How close were you working with these other

20   trades?

21   A.      Side-by-side.

22   Q.      Now, where did you do your work as an

23   electrician's helper?

24   A.      Most of the work was done in the hallways,

25   passageway.

400 MARKET STREET
PHILADELPHIA, PA 19106
**KNIPES-COHEN**
COURT REPORTING SERVICE
PHONE:
(215) 928-9300


1   Q.     Well, specifically, where were the

2   passageways at, on what?

3   A.     Well, it was in the aft where the living

4   quarters were.  This is back where the engine room

5   was, the kitchen.

6   Q.     Just to be -- were you on ships?

7   A.     Well, yes.  I'm sorry.  On the ship.  This

8   was all -- all my work was done on the ships.

9   Q.     Could you describe the products that you

10  worked around?

11  A.     Other than the products that --

12  Q.     Well, that -- I'm sorry.  That the

13  pipecoverers were working with and that the pipe

14  fitters were working with.

15  A.     Well, the pipe fitters, they had their

16  pipes that they put together and then the

17  pipecoverers, they'd come in and covered it up

18  with a length of pipecovering and elbows and the

19  cement and -- and -- and the covering.

20  Q.     Now, was this all new construction?

21  A.     Yes.  All new construction.

22  Q.     Did you ever personally handle the

23  products?

24  A.     No.  Not the -- not the asbestos, no.

25  Never.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1    Q.      Okay.

2            I want you to go through each product

3    and tell the jury the particular -- the particular

4    asbestos products that you worked around.

5    A.      Well, from what I could see was the --

6    there was covers that were maybe two foot in

7    length and they would put it around this pipe and

8    then they would wire it together and then they

9    would put a covering around it and then they would

10   cement the elbows in place.

11   Q.      Okay.

12           Did these asbestos products create

13   dust?

14   A.      Very much so.

15   Q.      Okay.

16           I'm going to go through each product

17   that you've named and I'm going to ask you how

18   they created dust.  You named pipecovering.

19           How would that create dust?

20   A.      Well, when they cut it to size, then this

21   would create the dust.

22   Q.      And, how about the cements, how would that

23   create dust?

24   A.      Well, when they were pouring it into a

25   bucket to be mixed, they would -- it would come up

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1   as a -- as a dust.

2   Q.      Now, were you exposed to the dust?

3   A.      Yes.  Yes.

4   Q.      How often were you exposed to the dust?

5   A.      Everyday.  Everyday I worked on the ship.

6   Q.      And, over your year at Sun Ship, how

7   many -- how often did you work on these ships?

8   A.      Everyday.  Everyday I worked on the ships.

9   Q.      Now, did you breathe the dust into your

10  lungs?

11  A.      Yes.

12  Q.      Could you describe the ships that you

13  worked on?

14  A.      They were -- they were all oil tankers.

15  That's about the only way I can describe them is

16  they're all oil tankers.  They were built to hold

17  oil, and that was it.

18  Q.      Do you know any of the names of those

19  ships?

20  A.      No.  The only one that I know is -- is --

21  was the S.S. HOPE, which was a cargo ship.  And

22  the only reason I worked on that cargo ship was

23  because I worked overtime on it several times and

24  they told me that that was the name.  It was named

25  the S.S. HOPE after it come out of service, and

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

Case 2:89-cv-08879-ER  Document 28-3 Filed 04/09/10  Page 58 of 89

1    they told me that we worked on that ship.  That's

2    the reason that I know that it was the S.S. HOPE.

3    Q.      Now, on these ships, was there any

4    ventilation?

5    A.      Only what was created by -- by the air

6    itself, you know.  There was none put in there

7    to -- to ventilate it.

8    Q.      Okay.

9            At the end of a workday, could you

10   see dust on your clothing?

11   A.      Definitely.

12   Q.      Could you describe the condition of the

13   area that you were working in?  What did the air

14   look like?

15   A.      When -- when these pipecoverers were

16   working, it looked like a snowstorm, believe you

17   me.  You didn't -- you didn't stay around there

18   long when they started, I'll tell you.  You just

19   get out of the way.  But unfortunate, somewheres

20   along the line something happened, I guess.

21   Q.      Now, where would the pipecoverers be and --

22   in relation to where you were?

23   A.      Well, from what I recall is there was a

24   room that there was a lot of pipes that they had

25   to cover.  And they were in this room, I had work

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1  to down in this room, also.  I didn't do it when

2  they were there but I was out in the hall.  And

3  when they were in doing their job, I was doing my

4  job out in the hall.  The only reason why this

5  couldn't have come out into the hallway.

6  Q.      Did you ever have an occasion to walk in

7  the room when they were in there working in there?

8  A.      Yes, I did.  Yes.

9  Q.      And, how often would that --

10 A.      It wasn't often because I moved -- I went

11 in and out.  I never stayed in it.  I never stayed

12 there.

13 Q.      When you walked in the room, could you

14 breathe the -- were you breathing the dust?

15 A.      Well, yes, you would breathe the dust.

16 There's no question about that.

17 Q.      What was that dust?

18 A.      That was asbestos.

19 Q.      Were you ever told that asbestos could be

20 harmful to your health while working at Sun Ship?

21 A.      No.  I was not.

22 Q.      Did you ever wear a face mask or respirator

23 or were you ever given the opportunity to wear a

24 face mask?

25 A.      No.  I was not.

400 MARKET STREET
PHILADELPHIA, PA 19106
KNIPES-COHEN
COURT REPORTING SERVICE
PHONE:
(215) 928-9300

ANTHONY DELLAQUILA

1   Q.     Did you ever see warnings on any of the

2   products or packages that you worked with?

3   A.     No.  I did not.

4   Q.     If there were warnings, what would you have

5   done?

6   A.     If there was a warning --

7                     MR. LASSMAN:  Objection.

8   BY MR. HALPERN:

9   Q.     Go ahead.

10  A.     If there was a warning, I would have quit.

11  Q.     Now, you mention these boxes.

12              Where were the boxes?

13  A.     Well, these were the boxes that were

14  discharged by the help that were putting these

15  here asbestos pieces up.  They would throw them

16  outside.

17  Q.     And, what -- what was in the boxes?

18  A.     Asbestos pipecovers.

19  Q.     Do you remember the names of the

20  manufacturers of the any of the asbestos products

21  that you were exposed to?

22  A.     I could -- I could remember about three of

23  them.

24  Q.     Okay.

25              What were they?

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

ANTHONY DELLAQUILA

```
 1   A.      Of course, one was Johns-Manville and Carey
 2   and Eric (sic).
 3   Q.      Okay.
 4                And what kinds of products were they?
 5   A.      They were asbestos products.
 6   Q.      What -- specifically what type?
 7   A.      Well, there -- there were elbows, there was
 8   cement and they were the length of asbestos and
 9   pipecovering.
10   Q.      Pipecovering.  Okay.
11                First I want to ask you about the --
12   you mentioned the name, Johns-Manville.
13                What was in those boxes, the
14   Johns-Manville?
15   A.      They had asbestos pipe coverings in them.
16   Q.      Okay.
17                What was that used for, the
18   Johns-Manville pipecovering?
19   A.      They were to cover the pipes.
20   Q.      Now, did this create dust?
21   A.      Yes.  Yes.
22   Q.      And, did you breathe the dust in from the
23   Johns-Manville pipecovering?
24   A.      Yes.
25   Q.      How often were you exposed to the dust from
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELIAGOLIA

1   that pipecoverings?

2   A.      Everyday.

3   Q.      And, were there any health warnings on the

4   Johns-Manville box at all?

5   A.      None whatsoever.

6   Q.      Okay.

7           You also mentioned the name, Carey.

8           What do you associate that name with?

9   A.      With asbestos.

10  Q.      Asbestos what?

11  A.      Well, with pipecoverings.

12  Q.      Okay.

13          And, what was that Carey pipecovering

14  used for?

15  A.      To cover the pipes.

16  Q.      And, first off, how do you know the names

17  of these products?

18  A.      Because I seen them, the workers taking the

19  product out of these boxes and discard them.

20  Q.      And, that would be also for the

21  Johns-Manville pipecovering?

22  A.      Yes.

23  Q.      Was dust created by the Carey pipecovering?

24  A.      Yes.

25  Q.      Did you breath in the dust from the Carey

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1  pipecovering?

2  A.      Yes.

3  Q.      How often were you exposed to dust from the

4  Carey pipecovering?

5  A.      Everyday.

6  Q.      And, were there any health warnings on the

7  Carey pipecovering?

8  A.      None whatsoever.

9  Q.      And, you also mentioned the name, Ehret.

10         And what do you associate that name,

11  Ehret, with?

12  A.      That's pipecoverings, also.

13  Q.      And, what was that pipecovering used for?

14  A.      To cover the pipes.

15  Q.      And, was dust created from the Ehret

16  pipecovering?

17  A.      Yes.

18  Q.      And, did you breathe the dust in from the

19  Ehret pipecovering?

20  A.      Yes.

21  Q.      And, how often were you exposed to dust

22  from the Ehret pipecovering?

23 ,A.      Everyday.

24  Q.      Were there any health warnings on any of

25  the boxes that you saw with the name, Ehret, on

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

```
 1   it?

 2   A.      None whatsoever.

 3   Q.      Okay.

 4           Did there come a time when you found

 5   that you had -- you had something wrong with you

 6   from your asbestos exposure?

 7   A.      Yes.

 8   Q.      When was that?

 9   A.      October -- October the 11th, 1989.

10   Q.      And, how did you find out this information?

11   A.      Well, I went to my family doctor because I

12   was having problems and -- and he inverted me to

13   Doctor Rudnitzky which give me a --

14   Q.      So you went to Doctor Rudnitzky, and what

15   did Doctor Rudnitzky tell you?

16   A.      And he took -- he took some samples from my

17   back, fluid.  He took a quart and a half of fluid

18   from my back.

19   Q.      Well, in October, '89, you mentioned the

20   date October 11th, 1989.

21   A.      Yes.

22   Q.      What did you learn on that date?  Did you

23   learn that you had something wrong with you?

24   A.      Yes.

25   Q.      What was it that you found out?
```

400 MARKET STREET
PHILADELPHIA, PA 19106


KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELGUERCIO

1   A.      Well, that was -- that was the day that he

2   took -- took this fluid from my back.

3   Q.      Okay.

4           Did you find out that -- that you had

5   a disease?

6   A.      Not until the 31st of October.

7   Q.      Okay.

8           What did you find out on that date?

9   A.      And that was the day he told me -- well, he

10  told me a few days before that he had to go back

11  into my back again.  He said only this time it's

12  going to be a little worse than it was in the

13  beginning.  He said we're going to put -- insert a

14  larger needle into your back so we could take a

15  biopsy of it.  And then when they did, went to

16  take the biopsy in -- then he told me in his

17  office.  He called me into his office and told me

18  I have mes -- well, I can't pronounce it.  It's

19  cancer of the lung.  Meni -- meniosis (sic).

20          Did I pronounce it right?

21  Q.      Mesothelioma?

22  A.      That's it.  That's it.

23  Q.      And, what did he tell you about that?

24  A.      And he told me -- well, he recommended me

25  to a cancer doctor is what he recommended me to,

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



1    which was Doctor Vivacqua.

2    Q.      And, what did he tell you?

3    A.      Then I went to see Doctor Vivacqua and he

4    told me what -- that I had this cancer which was

5    uncurable (sic).  And he told me the best I had

6    was two or three years to live.

7    Q.      And, how did that make you feel?

8                    I'm sorry.  Do you want a break for a

9    second?

10                            MR. SANTORO:  Go off the

11          record.

12                            THE VIDEOTAPE OPERATOR:  Off

13          the video record.  The time is 12:38.

14                            - - -

15                            (Whereupon a short break was

16          taken at this time.)

17                            - - -

18                            THE VIDEOTAPE OPERATOR:  Back

19          on the video record.  The time is 12:40.

20                            - - -

21                            (On the video and stenographic

22          records atl 2:40 p.m.)

23                            - - -

24   BY MR. HALPERN:

25   Q.      Mr. Dellaquila, you talked about a biopsy

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1    earlier.

2                 Could you explain that procedure?

3    A.      Well, what they do is they -- they insert

4    it by novocaine shot in my back and they -- after

5    they did it, they inserted a needle.  And the

6    first time they took a quart and a half of liquid

7    out.

8    Q.      Is that procedure painful?

9    A.      Yes, very, very painful.  And the worse one

10   was the second one they give me when they give

11   me --

12   Q.      Well --

13   A.      Okay.

14   Q.      In the first procedure, could you explain

15   the draining of the fluids?

16   A.      Well, they -- they drained -- as I say,

17   they drained a quart and a pint out, the first

18   procedure.

19   Q.      Now, were you awake during that procedure?

20   A.      Yes.  I was awake during that procedure.  I

21   didn't want to be, but I was, unfortunate.

22                 The second time.

23   Q.      Did there come a time when you had another

24   procedure?

25   A.      Yes, which was the one where they took the

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELLAQUILA

1  biopsy with the larger needle.  This time they

2  only took a quart of fluid and it was the same

3  procedure.  They give me five novocaine shots in

4  the back and stuck a larger needle into my back

5  and drained -- drained -- well, they took a piece

6  of biopsy and this is where they found out what I

7  had, and they took a quart of fluid.

8  Q.     And, was that procedure painful?

9  A.     Yes.

10           Then we had a third procedure.  This

11  was the painfullest of them all.  This is the one

12  they had to go into my chest because I had so much

13  fluid into my -- into my lung.

14  Q.     When was this?

15  A.     This was just done recently, in fact,

16  about -- about two weeks ago, ten days ago, two

17  weeks at the most.  This was just done because the

18  fluid was being built up so fast into my chest.

19  Q.     And, what did they do during that

20  procedure?

21  A.     That -- that procedure was they put a

22  quarter inch tube, they injected it in between two

23  of my -- my ribs here.  They popped that thing in

24  there and that sat that way for six days.  They

25  took out three gallons of water or three gallons

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1  of fluid was taken out of that at that time.  And

2  it stayed that way for five or six days and then

3  they took the tube back out.  Very painful

4  procedure taking it out, also.

5  Q.     How so?

6  A.     Well, they had to pull this quarter inch

7  tube out, and apparently it had to be a one-shot

8  deal or I would have had to feel it twice I guess

9  because the doctor I heard say to the other

10  doctor:  Make sure that you get it the first time,

11  which he did.  He did it the first time.  And --

12  Q.     What was the pain part?

13  A.     It was very severe, very severe.  I don't

14  hope I don't never have to go through that again.

15  I hope I never have to go through that again.

16  Q.     Now, Mr. Dellaquila, did there come a time

17  when you started chemotherapy?

18  A.     Yes.  I started my chemotherapy, it was

19  once every three weeks.  And out of the three

20  weeks, I was definitely sick for two of them.

21  Sick -- when I say sick, I was sick in the stomach

22  constantly.  I kept taking medication to relieve

23  the sickness.  Food tastes -- no food taste

24  whatsoever, nothing.  Water don't even taste like

25  water.  Nothing tastes like nothing.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



1   Q.     And, where do you receive the chemotherapy

2   treatments?

3   A.     From Doctor Vivacqua.

4   Q.     And, is that in the hospital?

5   A.     No, his office.

6   Q.     Are you in pain during the chemotherapy

7   treatments?

8   A.     No.  Not really, no.

9   Q.     And, how about your daily life now?

10  A.     Well, it's just a nothing really.  All I do

11  is just sit and lay all day long.

12  Q.     Do you have -- did you have an occasion to

13  talk to Doctor Vivacqua or Doctor Rudnitzky

14  regarding your chemotherapy treatments?

15  A.     Well, I talked to Doctor Vivacqua because

16  he's the one that -- he's the one that suggested

17  that we should take it.  And he told me -- that's

18  when he told -- well, he told me before that the

19  best I had was two or three years.  If I had any

20  luck with chemotherapy, they could put it on hold.

21  And that was the best we could hope for.  So --

22  Q.     Now, did the doctor tell you what causes

23  this disease that you've described that you have?

24  A.     Yes.  Mesothelioma.

25  Q.     And, what causes it?

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELLAQUILA

1  A.      Which is caused by asbestos.  He says this

2  is the only way you can get it.

3  Q.      I know this is hard for you, but can you

4  give the jury an idea of what went through your

5  mind when the doctor was giving you this

6  information regarding your prognosis?

7  A.      It wasn't a happy one.  When you know you

8  only have a few years to live and you have

9  grandchildren that are under nine years old, I

10 wasn't too happy with it.

11 Q.      And -- now, before you were sick, did you

12 used to do work around the house?

13 A.      Always.  I did all of my own work, did all

14 of my own carpenter work.  Now I can't do

15 anything, do nothing.

16 Q.      Do you have any problems sleeping now?

17 A.      In the first half of the night I sleep well

18 until three o'clock and then I get up at three

19 o'clock and that's the end of it.  Things just

20 keep going through my own mind.  After three

21 o'clock, I get no more sleep.

22 Q.      Before your diagnosis, what was your social

23 life like?

24 A.      Beautiful.  My wife and I went out all the

25 time, Atlantic City, whatever, you know.  And now

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



```
 1   it's nothing but sit in a chair and -- I don't

 2   even look at television.  It's not even

 3   interesting to look at television.

 4   Q.     Can you tell the jury what it is like

 5   living not knowing how much time you have left?

 6   A.     Oh, boy.

 7                    MR. SANTORO:   Objection.

 8               Go off the record.

 9                    MR. HALPERN:   Off the record.

10                    THE VIDEOTAPE OPERATOR:   Off

11        the video record.  The time is 12:48.

12                    -  -  -

13                    (Off the video record only at

14        12:48 p.m.)

15                    -  -  -

16                    MR. SANTORO:   I think he's

17        answered it twice.

18                    MR. HALPERN:   You can answer.

19                    THE VIDEOTAPE OPERATOR:   Back

20        on the video record.  The time is 12:48.

21                    -  -  -

22                    (On the video and stenographic

23        records at 12:48 p.m.)

24                    -  -  -

25   BY MR. HALPERN:
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1    Q.      You can answer.  You can answer the

2    question.

3    A.      You want me to answer that question, again?

4    Q.      Well --

5    A.      What was the question, again?

6    Q.      What it's like not knowing how much time

7    you have left.

8    A.      Okay.  Well, it's -- it's a horrible

9    feeling to know that you're not going to be here

10   tomorrow, you know.  I wished I didn't have this

11   feeling.  I wished I didn't even have to have it.

12   Q.      Has your disease and your condition

13   affected your relationship with your wife or

14   affected your wife?

15   A.      Oh, sure.  It's affected her because she

16   can't do things that she normally used to do

17   because she'd be taking care of me now or she'd be

18   doing what she had to do, you know.

19                   So it affected her.

20                   MR. HALPERN:  Off the record.

21                   THE VIDEOTAPE OPERATOR:  Off

22       the video record.  The time is 12:49.

23                   - - -

24                   (Whereupon a discussion was

25       held off the video and stenographic records

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1          at 12:49 p.m.)

2

3                              THE VIDEOTAPE OPERATOR:   Back

4          on the video record.  The time is 12:50.

5                              - - -

6                              (On the video and stenographic

7          records at 12:50 p.m.)

8                              - - -

9    BY MR. HALPERN:

10   Q.     The products that you -- the three

11   pipecovering products that you described earlier,

12   how do you know that they contained asbestos?

13   A.     How did I know they contained asbestos?

14              The package said so.

15                       MR. HALPERN:  Okay.  No further

16          questions.

17                       THE VIDEOTAPE OPERATOR:  Off

18          the video record.  The time is 12:51.

19                       - - -

20                       (Off the video and stenographic

21          records at 12:51 p.m.)

22                       - - -

23

24

25

ANTHONY DELLAQUILA

1                    THE VIDEOTAPE OPERATOR:  Back

2          on the video record.  The time is 1:35.

3                    - - -

4                    (On the video and stenographic

5          records at 1:35 p.m.)

6                    - - -

7                    CROSS EXAMINATION

8                    - - -

9     BY MR. SANTORO:

10    Q.      Good afternoon, Mr. Dellaquila.  My name is

11    Chris Santoro.  I just have a few quick questions

12    for you.

13                    It's true that you began smoking

14    cigarettes at the age of sixteen; is that right?

15    A.      Yes, sir.

16    Q.      Okay.

17                    And, you continued smoking up until

18    May of 1989?

19    A.      Yes.

20    Q.      And, I believe you smoked between about a

21    half a pack and a pack of cigarettes a day on the

22    average for that entire forty-seven year period?

23    A.      I would say.

24    Q.      There came a time when you began noticing

25    warnings on the cigarette packs; is that right?

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

ANTHONY DELIACO JR.

1    A.      Yes, sir.

2    Q.      Okay.

3            And, you were aware that smoking

4    cigarettes could cause lung cancer; correct?

5    A.      Yes, sir.

6    Q.      And, you continued to smoke; correct?

7    A.      Yes, sir.

8    Q.      Now, I believe your father also smoked

9    cigarettes while you were living with him; is that

10   right?

11   A.      Yes, sir.

12   Q.      And he smoked about a pack a day while you

13   were living with him?

14   A.      I would say.

15               MR. SANTORO:  Okay.  Thank you.

16       That's all the questions we have.

17               THE WITNESS:  Okay, sir.

18               MR. SANTORO:  Off the record.

19               THE VIDEOTAPE OPERATOR:  Off

20       the video record.  The time is 1:36.

21                   -  -  -

22               (Whereupon a discussion was

23       held off the video and stenographic

24       records.)

25                   -  -  -

ANTHONY DELLAQUILA

```
1                          THE VIDEOTAPE OPERATOR:  Back
2          on the video record.  The time is 1:36.
3                             - - -
4                          (On the video and stenographic
5          records at 1:36 p.m.)
6                             - - -
7                       REDIRECT EXAMINATION
8                             - - -
9  BY MR. HALPERN:
10 Q.      Mr. Dellaquila, about five years ago, did
11 you cut your cigarette smoking down?
12 A.      I sure did, from four or five cigarettes a
13 day.
14                         MR. HALPERN:  I have no further
15         questions.
16                         MR. SANTORO:  Thank you.
17             Off the record.
18                         THE VIDEOTAPE OPERATOR:  Off
19         the video record.  The time is 1:36.
20                            - - -
21                         (Whereupon a discussion was
22         held off the video and stenographic
23         records.)
24                            - - -
25                         THE VIDEOTAPE OPERATOR:  This
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

ANTHONY DELLAQUILA

1          concludes this afternoon's videotaped

2          deposition.   The time is 1:37.

3                        - - -

4                   (Whereupon the videotaped

5          deposition was concluded at 1:37 p.m.)

6                        - - -

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



1                    C E R T I F I C A T E

2

3    COMMONWEALTH OF PENNSYLVANIA :
                                   :   SS
4    COUNTY OF PHILADELPHIA        :

5

6                    I, Susan L. Remsing, Court

7    Reporter, Notary Public within and for the County

8    of Philadelphia, Commonwealth of Pennsylvania, do

9    hereby certify that the foregoing testimony of

10   Anthony Dellaquila, was taken before me at 108

11   Blackthorne Street, Aston, Pennsylvania on

12   Wednesday, February 14, 1990; that the foregoing

13   testimony was taken by me in shorthand and reduced

14   to typing under my direction and control, that the

15   foregoing pages contain a true and correct

16   transcription of all of the testimony of said

17   witness.

18

19                          _Susan L. Remsing_

20                          SUSAN L. REMSING
                            Notary Public

21

22                    SUSAN L. REMSING
                      Notary Public, Phila., Phila. Co.
                      My Commission Expires Aug. 13, 1990

23

24

25

1              IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2
                          - - -
3
ANTHONY & EMILY DELLAQUILA:    CIVIL ACTION
4              Plaintiffs    :
                             :
5         vs.                :
                             :
6    ATLAS TURNER, INC., et al :
              Defendants   :    NO. 89-8879
7
                          - - -
8
9              Videotape deposition of ANTHONY

10   DELLAQUILA, taken pursuant to notice, at the home of

11   Anthony Dellaquila, 108 Blackthorn Lane, Aston,

12   Pennsylvania on Monday, March 11, 1991, beginning

13   at approximately 11:49 a.m., before Kathleen M.

14   Curran, Registered Professional Reporter-Notary

15   Public and Michael Moeller, Videotape Operator-Notary

16   Public, there being present.

17                        - - -

18   APPEARANCES:

19                 BROOKMAN, ROSENBERG, BROWN & SANDLER
                   BY:  DAVID HALPERN, ESQUIRE
20                 230 South Broad Street, 15th. Floor
                   Philadelphia, Pennsylvania 19101
21                 Phone:  (215) 546-2660
                   Representing the Plaintiffs

22                 WILBRAHAM & COLEMAN
                   BY: LARRY CEISLER, ESQUIRE
23                 The Curtis Center, Suite 450
                   Independence Square West
24                 Philadelphia, Pennsylvania 19106
                   Phone:  (215) 923-0133
25                 Representing CCR


400 MARKET STREET
PHILADELPHIA, PA 19106
KNIPES-COHEN
COURT REPORTING SERVICE
PHONE:
(215) 928-9300


```
1   APPEARANCES (cont'd)

2                   SHERR, JOFFE & ZUCKERMAN, P.C.
                    BY:  JOEL B. ALBERT, ESQUIRE
3                   200 Four Falls Corporate Center
                    Suite 400
4                   P. O. Box 800
                    West Conshohocken, PA 19428-0800
5                   Phone:  (215) 941-5400
                    Representing Flintkote
6
                    McCARTER & ENGLISH
7                   BY:  PETER CUDDIHY, ESQUIRE
                    1845 Walnut Street
8                   21st. Floor
                    Philadelphia, Pennsylvania 19103
9                   Phone: (215) 569-4116
                    Representing Owens Illinois, Keene
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

3

```
 1                    I N D E X

 2                       - - -

 3   WITNESS                        EXAMINATION

 4   ANTHONY DELLAQUILA

 5          BY MR. HALPERN                    5

 6

 7

 8                  E X H I B I T S

 9                       - - -

10

11   NUMBER           DESCRIPTION              PAGE MARKED

12   (NO EXHIBITS MARKED)

13

14

15

16

17

18

19

20

21

22

23

24

25
```

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1              MR. CEISLER:  We're going to enter

2    into a stipulation with plaintiff's counsel that the

3    purpose of this videotape deposition is to show

4    progression of the plaintiff's condition and for no

5    other purpose than that.

6              MR. HALPERN:  Right, to show his

7    condition as it is today one year after or a little

8    bit more than one year after his videotape deposition

9    of February 14, 1990.

10             MR. CIESLER:  And also defendants

11   object to the videotape and the basis is prejudicial

12   and inflammatory.

13                     - - -

14             THE VIDEOTAPE OPERATOR:  This is a

15   videotape deposition for The United States District

16   Court for the Eastern District of Pennsylvania.  My

17   name is Michael Moeler, I'm the videotape operator.

18   I'm employed by Knipes Cohen Associates, Registered

19   Professional Reporters, 400 Market Street,

20   Philadelphia, Pennsylvania, 19106.  The court

21   reporter is Kate Curran.

22             The caption for today's case is as

23   follows: Anthony and Emily Dellaquila versus Atlas

24   Turner, Incorporated, et al.  Civil Action Number

25   89-8879.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

1                    This deposition is being taken on

2    behalf of the plaintiff at the home of Anthony

3    Dellaquila, 108 Blackthorn Lane, Aston,

4    Pennsylvania.

5                    Appearances today are David Halpern,

6    Esquire, Attorney for the Plaintiff, and Larry

7    Cesiler, Esquire, Attorney for Defendant.

8                    The deponent for today is Anthony

9    Dellaquila.  Today's date is March 11, 1991 and the

10   time is 11:49.

11                   The reporter will now swear in the

12   witness.

13                            - - -

14                   ANTHONY DELLAQUILA, after having been

15   first duly sworn, was examined and testified as

16   follows:

17                            - - -

18                   DIRECT EXAMINATION

19                            - - -

20   BY MR.  HALPERN:

21   Q.       My name is David Halpern, I'm here today on

22   behalf of Anthony Dellaquila.  We're here in Aston,

23   Pennsylvania at 108 Blackthorn Road.

24                   Mr. Dellaquila, we were last here

25   February 14th., 1990 to take your videotape

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

ANTHONY DELLAQUILA

1  deposition.  It's been a little more than a year

2  since that time, and I'd like you to tell the jury

3  what the last year has been like?

4  A.       Well, sheer hell.  I'm in sheer hell.   I'm

5  in so much pain it's unbelievable, unbelievable.   If

6  it wasn't for Doctor -- Doctor Wright to give me

7  these nerve blocks to kill some of the pain.

8  Q.       Well, could you explain what it's been like

9  sleeping during the last year?

10  A.       I don't sleep.  I don't sleep at all.   I

11  will go days without sleeping.  I go days without

12  sleeping.

13  Q.       Have you lost any weight?

14  A.       Yes.  A hundred and -- about twenty-eight

15  pounds.

16  Q.       Have you recently had a procedure done in

17  the hospital?

18  A.       Yes.  Unfortunately --

19  Q.       What did you have done?

20  A.       I can't pronounce it.  It's this.

21  Q.       I see you're wearing something.  What is

22  that exactly?

23  A.       Can I call my daughter a minute?

24  Q.       No, no.  Just -- could you just point out to

25  the jury what exactly that is?

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELLAQUILA

1  A.        This is --

2                  MR. CEISLER:  Objection to the camera

3          movement.

4                  THE WITNESS:  It is a piece of

5          machinery that sends medicine through

6          my body constantly.

7  BY MR. HALPERN:

8  Q.        What is that for?

9  A.        To kill the pain.

10  Q.        Now, we're in one of the back rooms in your

11  home.  What is -- what does your day consist of now,

12  what do your days consist of?

13  A.        Just sitting here as you see it on camera.

14  That's all I do and nothing else; but, sit.

15  Q.        How about eating food or anything along

16  those lines?

17  A.        Well, I force that.  I force that.

18  Q.        Are you able to do any work around the house

19  or anything like that?

20  A.        No.

21  Q.        Are you able to drive?

22  A.        No.  No work at all.

23                  MR. HALPERN:  Okay.  Mr. Dellaquila,

24          I have no further questions.

25                  THE WITNESS: Okay.

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



ANTHONY DELLAQUILA

1          MR. CEISLER:  No questions.

2          THE VIDEOTAPE OPERATOR:   Going off

3     the video record.  This concludes today's

4     videotape deposition, the time is 11:52.

5                    -  -  -

6          (Witness is excused.)

7          (Whereupon the deposition was

8     concluded.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

400 MARKET STREET
PHILADELPHIA, PA 19106

KNIPES-COHEN
COURT REPORTING SERVICE

PHONE:
(215) 928-9300

9

1                    C E R T I F I C A T E

2                        - - -

3    COMMONWEALTH OF PENNSYLVANIA:

4                              :  SS

5    COUNTY OF PHILADELPHIA

6

7                    I, Kathleen M. Curran, Registered

8    Professional Reporter-Notary Public within and for

9    Philadelphia County, Commonwealth of Pennsylvania, do

10   hereby certify that the foregoing videotaped

11   testimony of Anthony Dellaquila was taken before me

12   at 108 Blackthorn Lane, Aston, Pennsylvania on

13   Monday, March 11, 1991; that the foregoing testimony

14   was taken by me in shorthand by myself and reduced to

15   typing under my direction and control, that the

16   foregoing pages 1 to 8 contain a true and correct

17   transcription of all of the testimony of said

18   witness.

19

20

21                         KATHLEEN M. CURRAN
                            Notary Public
22

23

24               My Commission expires
                 April 6, 1992
25

KATHLEEN CURRAN
Notary Public
My Commission...

400 MARKET STREET
PHILADELPHIA, PA 19106

**KNIPES-COHEN**
COURT REPORTING SERVICE

PHONE:
(215) 928-9300



| | |
|---|---|
| CARD FILE | ☑ |
| SCANNED | ☐ |
| EDITED | ☐ |
| INDEXED | ☐ |
| FILE NUMBER | |