IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS   :
LIABILITY LITIGATION (No. VI) :   Consolidated Under
                           :       MDL DOCKET NO. 875
CERTAIN PLAINTIFFS         :
                           :
     v.                    :
                           :
CERTAIN DEFENDANTS         :

# N O T I C E

## July 2010 Federal Asbestos Trial Pool

**AND NOW**, this **30th** day of **April, 2010**, it is hereby **ORDERED** that the following cases will be placed in a trial pool on **July 1, 2010**:

- **2:01-cv-5594** - Shirley Brown
- **2:92-cv-7442** - Robert F. Karpowicz
- **2:89-cv-8879** - Anthony Dellaquilla
- **2:89-cv-8107** - Consuelo Coppola
- **2:89-cv-7987** - Eugene Smith
- **2:89-cv-8509** - Herman Scholz
- **2:89-cv-8410** - Michael DelSordo
- **2:89-cv-9196** - Vera Pro
- **2:92-cv-5218** - Raymond N. Kissel
- **2:90-cv-0669** - Anna Hetrick
- **2:92-cv-4149** - Alberta Sullivan
- **2:92-cv-4226** - Joseph Wehrman
- **2:92-cv-3999** - Louis Craft

**2:90-cv-0825 - Warren D. Cole**

**2:92-cv-4506 - William J. Gillespie**

A final pretrial conference in each of the above cases will be held on **Tuesday, June 22nd, 2010** at **10:00 am** in courtroom 11A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. **Any previously scheduled status conferences in these cases are RESCHEDULED for Tuesday, June 22nd, 2010 at 10:00 am.**

These cases may be called to trial on 24 hours notice at any time on or after **July 1, 2010**.

It is further **ORDERED** that:

1. All attorneys appearing before Judge Robreno must be registered on ECF. All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF. Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

2. The following materials must be submitted to the Court by **Tuesday, June 15th, 2010**:

    a.) Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c)

    b.) Proposed voir dire questions, jury

instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial)

    c.) Exhibits (marked and exchanged by parties)

    d.) Anticipated length of trial

    e.) Stipulations of fact

    f.) Short statement regarding whether the trial should be bifurcated.

3. Any pretrial motions shall be filed (with a copy of each also delivered to Chambers)[2] by **Tuesday, June 8th, 2010** and any responses to those motions must be filed by **Tuesday, June 15th, 2010**.

**AND IT IS SO ORDERED.**

                      **EDUARDO C. ROBRENO, J.**

---

[1] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

[2] When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.