IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VARIOUS PLAINTIFFS | : CONSOLIDATED UNDER |
| | : MDL 875 |
| v. | : |
| | : Cases Originally Filed in the |
| VARIOUS DEFENDANTS | : Eastern District of Pennsylvania |

FILED
JUN 22 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

89-8879

### O R D E R

AND NOW, this **21st** day of **June, 2010**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that the cases will be transferred to the "Bankruptcy Only" docket[1].

It is further **ORDERED** that each of these cases shall be marked **CLOSED**.

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.